# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiffs | |
| UNITED STATES OF AMERICA | Criminal No. 19-191 (RBK) |
| vs. | |
| WILLIAM HICKMAN et. al. | Hon. Robert B. Kugler |
| Defendants | AMENDED SCHEDULING ORDER |

This matter having come before the Court by consent of all parties to amend the Scheduling Order entered on December 11, 2019 (ECF 96), amended by TEXT ORDER dated March 3, 2020 (ECF 99) and BY TEXT ORDER dated March 25, 2020 (ECF 102) and April 29, 2020 (ECF 109) modifying the deadlines for the filing of pre-trial motions;

AND, the present application by consent having resulted from the parties conferring by phone and/or email and having joined in this request;

AND, this request being made seeking extensions of one (1) weekend of the filing dates relating to pre-trial motions;

AND, this Court recognizing that all parties are operating under the constraints of the national emergency declared on March 13, 2020 affecting the operation of the Courts and their respective practices;

AND, the request of a one (1) weekend extension of filing deadlines is found to be reasonable in light of the complexity of the present matter;

AND, for good cause shown

IT IS on this __8th__ day of May, 2020, ORDERED as follows:

1

1. The dates for the filing of and responses to pre-trial motions are extended as follows:

   a) Pretrial motions shall be filed by May 11, 2020;

   b) Opposition shall be filed by June 2, 2020;

   c) Replies shall be filed by June 15, 2020;

2. All other provisions of the Courts previous scheduling orders which are not amended by this Order shall remain in effect.

BY THE COURT:

  s/ Robert B. Kugler
THE HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRCIT JUDGE

We consent to entry of the above order on May 8, 2020:

| /s/ R. DAVID WALK , JR<br>X_____<br>**R. DAVID WALK , JR**<br>**C. HUD**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEW JERSEY<br>401 MARKET STREET<br>4TH FLOOR<br>P.O. BOX 2098<br>CAMDEN, NJ 08101<br>856-757-5164<br>Email: david.walk@usdoj.gov<br>christina.hud@usdoj.gov | /s/ SAMUEL PARKER MOULTHROP<br>X_____<br>**SAMUEL PARKER MOULTHROP**<br>RIKER, DANZIG, SCHERER, HYLAND,<br>PERRETTI, LLP<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962<br>(973) 538-0800<br>Email: smoulthrop@riker.com<br>ATTORNEY FOR WILLIAM HICKMAN |
|---|---|

| | |
|---|---|
| **/s/ MICHAEL BALDASSARE**<br>X_____<br>**MICHAEL BALDASSARE**<br>JENNIFER MARA<br>BALDASSARE & MARA, LLC<br>570 Broad Street, Suite 900<br>Newark, NJ 07102<br>973-200-4066<br>Fax: 973-556-1076<br>Email: jmara@mabalaw.com<br>ATTORNEY FOR BRIAN PUGH | **/S/ LEE VARTAN**<br>X_____<br>**LEE DAVID VARTAN**<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052<br>9735302107<br>Fax: 9735302307<br>Email: LVARTAN@CSGLAW.COM<br>ATTORNEY FOR SARA HICKMAN |
| **/S/ MARK W. CATANZARO**<br>X_____<br>**MARK W. CATANZARO**<br>21 GRANT STREET<br>MOUNT HOLLY, NJ 08060<br>(856) 235-4266<br>Fax: 856-235-4332<br>Email: mark@catanzarolaw.com<br>ATTORNEY FOR CHRISTOPHER BROCCOLI | **/S/ JOHN C. WHIPPLE**<br>X_____<br>**JOHN C. WHIPPLE**<br>WHIPPLE AZZARELLO, LLC<br>161 Madison Avenue, Suite 325<br>Morristown, NJ 07960<br>(973) 267-7300<br>Fax: 973-267-0031<br>Email: jcwhipple@whippleazzarellolaw.com<br>ATTORNEY FOR THOMAS SCHALLUS |
| **/s/: Jerome A. Ballarotto**<br>_____<br>**JEROME A. BALLAROTTO**<br>143 WHITE HORSE AVENUE<br>TRENTON, NJ 08610<br>(609) 581-8555<br>Email: jabesquire@aol.com<br>ATTORNEY FOR JOHN SHER | /s/ **Joseph P. Grimes**<br>_____<br>**Joseph P. Grimes, Esquire, LLC**<br>1230 Brace Road<br>Cherry hill, Nj 08034-3211<br>856-816-7900<br>JGrimesEsq@Gmail.com<br>ATTORENY FOR THOMAS SHER |