

Unlimited Access   Lo

# 'Nobody should be comfortable.' Shore prescription probe closing in on targets large and small

**by Amy S. Rosenberg**, Posted: May 2, 2018



TOM GRALISH

LINWOOD, N.J. — Their houses are nice, if unremarkable, a few within walking distance of the chatty Linwood bike path, not far from the now-vacant house that was the home of the late Dr. James Kauffman his murdered wife, April.

Their lives, too, seemed pleasant, also mostly unremarkable, dads in their late 30s and 40s, days spent coaching kids' sports teams, working good jobs, kids on trikes, community activities.

**RELATED STORIES**

- **South Jersey teacher, salesman, plead guilty in Shore health benefits scam**
- **Dr. James Kauffman, awaiting trial in wife's murder, found dead in apparent suicide**

So far, the 19 people who pleaded guilty in federal court to their roles in a $28 million compound-pharmac health benefits scheme have been pharmaceutical reps, two firefighters (one from Atlantic City, one from Margate), a Pleasantville teacher of the year and baseball coach, a guidance counselor, a well-liked Linwo mom who worked as a drug rep, a Margate doctor, and a gym floor installer.

But, sources say, there is at least one bigger fish in suburban Atlantic County who has yet to plead guilty: a pharmaceutical salesman who, multiple sources say, worked directly with James Kauffman, the busy endocrinologist who authorities said killed himself in a Hudson County jail in January while awaiting tri charges he arranged the May 2012 murder of his wife.

© 2020 The Philadelphia Inquirer, LLC

D1

And there is a prosecutor, Atlantic County's Damon Tyner, whose office stands ready to take aim at the lo level participants once the feds are done with those who profited the most.

"Nobody should be comfortable," Tyner said in a recent interview.

**INQUIRER MORNING NEWSLETTER**

Get the news you need to start your day

| your@email.com | **Sign Up** |

Tyner warned that even those whose transgressions may have occurred at the lower rungs of the health-c fraud's complicated $28 million hierarchy — the vast scheme relied on recruiting public workers with generous state health benefits, like teachers and firefighters  — are not out of the woods.

The signature of John Gaffney, the doctor who has pleaded guilty to a $25 million role in the scheme for w he received $25,000 in kickbacks, appeared on prescriptions for more than 200 people, according to the criminal information filed by the U.S. attorney in Camden. Gaffney also admitted signing blank forms tha were then copied by other co-conspirators, the government said.

Tyner won't discuss Kauffman's participation in the scheme, now unraveling plea by guilty plea in U.S. District Court in Camden, in which Shore-area public employees were recruited for their benefits and giv kickbacks as doctors they never saw filled and refilled expensive and unnecessary prescriptions for thing scar, anti-fungal, and libido creams at prices as high as $10,000 a month.

Despite involvement by the Atlantic County Prosecutor's Office in a June 2017 raid on Kauffman's Egg Ha Township offices, and predictions of hundreds of Shore-area public employees — and even a state trooper being involved, no charges related to the health-care fraud have been filed at the local level.

But Tyner said the county's investigation is ongoing, and information is regularly shared with federal investigators.

"We're continuing our investigation at our level," he said. "It's going to be all-encompassing."

## Muffled acoustics

Out of all the breathless gossip since last summer has come a series of guilty-plea hearings held in the mu acoustics of the large courtroom of U.S. District Judge Robert Kugler in Camden, hearings rarely attended more than the three FBI agents sitting near the front, sometimes a father of a defendant or a wife, and at r one or two reporters.

Some of the 19 defendants have acknowledged seeking counseling for the stress and anxiety of the charge most lost their jobs as a result. When asked, most told the judge they'd had a few drinks the night before th guilty plea to calm their nerves.

Nobody should be punished. There are presed drug abuse abusing image change and target

After Matthew Tedesco, the 42-year-old sales rep who was the first to plead guilty, was video-recorded by reporters as he walked out of the courthouse after the first plea, subsequent defendants have figured out h to leave through a back door onto a loading dock, where they have slipped out after visiting with bail offici leaving any comments to the parade of lawyers, some prominent, who have taken on these cases.



**AMY S. ROSENBERG**
Matthew Tedesco, 42, of Linwood, leaves the federal courthouse in Camden after pleading guilty in a $28 million prescription drug kickback scheme involving Shore firefighter, police office teachers, and a state trooper.

The 19 people pleading guilty since last Aug. 17 were charged with receiving a total of $18.5 million in crim proceeds paid to them, the government said, ranging from Tedesco's $11,166,844.20 to Tara Lamonaca's $89,855.13.

The amount of restitution they have agreed to repay — amounts that reflect the total cost of the fraud they were involved in, beyond the money they personally received — ranges from Tedesco's $28,773,906.97 to Galloway drug rep Andrew Gerstel's $483,946.74.

Although one defendant, Margate Firefighter Michael Sher, was described as giving an "envelope of cash" doctor, the precise amounts of the restitution and forfeiture amounts suggest payments that were made w checks or other noncash means, traceable by government investigators.

In all, prosecutors say, the out-of-town compounding pharmacy, still unidentified in public proceedings, mailed $50 million in prescriptions to people in New Jersey, all billable to taxpayer-funded state and publ school health plans.

In Margate, where City Hall complied with FBI subpoenas asking for information on ballooning health-ca and prescription costs, rumors since last spring had officials and residents fearing that their fire departm and even their schools would be decimated by the probe, their neighbors rounded up.

© 2020 The Philadelphia Inquirer, LLC
**D3**

But so far, only one Margate firefighter, Sher, 40, has pleaded guilty. Retired Atlantic City Firefighter Mic Pepper also admitted his guilt. Two teachers, Richard "Erich" McAllister, 43, of Pleasantville, and Shawn Sypherd, 46, of Middle Township, and Michael Pilate, 39, a Pleasantville guidance counselor, are the other public employees who have pleaded guilty. All face forfeitures and criminal restitution and are awaiting sentencing, where, like the others, they face up to 10 years in prison and a fine of up to $250,000.

"I would have thought a year ago, it would be moving quicker than it has been," said Margate Mayor Micha Becker. "Someday we'll be able to make sense of it, but that day is not today."

Sentencings first scheduled for March have been pushed back to July and could be further delayed, as fed prosecutors close in on additional targets

Sources say the prosecution by guilty plea could expand as federal prosecutors aim for the top of the sche in particular one alleged conspirator who may have had an even bigger role than Tedesco, who has thus fa been identified as the ringleader and is awaiting sentencing.

That conspirator has resisted pleading guilty and could end up being arrested, people familiar with the investigation said.

"If there is a pyramid, I would be comfortable saying he sits atop it," said one source with knowledge of th compounding scheme, speaking of the still-uncharged sales rep who, two sources said, had an "intertwine relationship" with Kauffman.

Kauffman conspired with members of the Pagan motorcycle gang to have his wife killed to keep her from exposing another drug scheme, this one involving opioids and the Pagans, authorities have said.

Tedesco's attorney, Michael Elliot, is a Dallas-based defense lawyer who previously prosecuted health-ca fraud for the federal government. He said the investigation may play out to show his client was not the ringleader he was portrayed to be.

"I think it will develop over time," Elliot said, "and it will show what was originally reported wasn't the wh story."

Tedesco is working hard to repay the $11 million of criminal proceeds he is required to forfeit to the government, and the $28.7 million in restitution he owes, Elliot said.

"Obviously Mr. Tedesco has accepted responsibility," Elliot said. "He's spent time to repay the money. He' working to repay. He's doing everything he can to earn a living. Given the position that he's in, he's in a tou spot."

## Spokes in the Wheel

It may all have started in Texas, with a $100 million scheme that took advantage of Tricare, the health insurance for the U.S. military, with kickbacks given to "marketers," sometimes funneled through straw charities. The money seemed plentiful. Word got around.

https://www.inquirer.com/philly/news/new_jersey/shore/prescription-fraud-james-kauffman-april-kauffman-shore-drug-ring
© 2020 The Philadelphia Inquirer, LLC

In New Jersey, it was firefighters, teachers, and municipal workers who had the plans with the generous mail-order prescription benefits.

Once the ringleaders brought the plan to New Jersey, they linked up with doctors willing to sign the prescriptions and with pharmaceutical representatives who knew how the process worked and could make the creams. Then the recruitment process began to bring in the outer ring of firefighters, teachers, municipal workers.

"They would call it the Wheel," said one source with knowledge of how the scheme worked. "In every wheel various spokes."

The scheme's orchestrators found neighbors, friends, colleagues willing — for a kickback — to provide their insurance information to obtain medically unnecessary prescriptions for creams and vitamins mixed to order by compounding pharmacies. Prescription costs in towns like Margate quadrupled during the time prosecutors have focused on: January 2015 to April 2016.

"It gets out of control," said one source. "Now I'm getting the compound cream for pain. It's $10K a tube. Now you're coming to me, saying, 'What about your libido, let's do that.' Next thing you know, you're getting $30K worth of creams every month.

"Now here comes the FBI," the source said. "It was something that started with the Tricare. Everybody figured out, we can do this."

Even "Skinny Joey" Merlino got involved, according to federal prosecutors, who charged him with leading a Mafia attempt to muscle into health-care fraud with a similar racket involving prescriptions for topical pain cream. Those charges were dropped, and last month Merlino pleaded guilty to one count of gambling.

The Shore-area first responders and teachers and the suburban South Jersey drug reps may not have viewed what they were doing as akin to a mob racket, but the charges of conspiring to defraud the health-care system amount to a vast criminal syndicate.

"At the end of the day, what you've got is this thing that's out there, and people are starting to make big money," said one source. "They think, 'It's a grey area, everybody's doing it. I've got to get a piece of this.' "

On financial disclosure forms associated with the plea agreements, Kugler, the judge, said he has not seen anything near the amounts the defendants are accused of receiving for their roles in the conspiracy.

"I'm putting everyone on notice," Kugler said at the hearing for Sher, the Margate firefighter. "I expect to know how they received it, what they did with it, and where it is now."

Of the 19 who have pleaded guilty so far, only Sher said he would dispute the amount the government says he was paid: $1.7 million for his role in more than $7 million in fraudulent prescriptions. His attorney, William Hughes Jr., said that "if done correctly," recruiting people for a commission would not be illegal. And he said that Sher "didn't personally pocket $1.7 million."

But the precise numbers obtained by the government, down to the penny, show that the profits associated with the conspiratorial spokes were well accounted for, multiple kickbacks and fees paid out in checks.

Attorney James Leonard, who represented drug salesman Thomas Hodnett, 41, of Voorhees, the fourth to plead guilty, described it this way: Anyone, he said, "could see this was fraud."

© 2020 The Philadelphia Inquirer, LLC



The New — Home of Breaking AC 

🔍 Search...

Home    News    Weather    Lifestyle    Community Events    Contests & More    Advertise



 Lynda Cohen 👑 · Dec 12, 2018 · 2 min read

# Ventnor firefighter latest to plead in health care fraud case




Updated: 18 hours ago

A Ventnor firefighter has admitted to being an owner of the company that reaped a percentage of the multimillion-dollar health benefits fraud scheme.

Corey Sutor, 37, was in federal court Wednesday to accept a plea deal in the case, the U.S. Attorney's Office confirmed to BreakingAC.

"Company 1" caused the state to pay more than $2 million in fraudulent claims. Sutor made $150,397.79, according to the information in his plea.

Sutor would recruit state employees for their insurance information to use to make claims for expensive compounding medications that were not necessary. These "patients" would never see a doctor.

Sutor is the 23rd to take a plea deal.
Dr. John Gaffney, 55, of Linwood: Margate doctor must forfeit $25,000. Cost: $24.9 million
Michael Sher, 40, of Northfield: Margate firefighter must forfeit $1.7 million. Cost: tbd at sentencing
Mike Pepper, 45, of Northfield: Atlantic City firefighter must forfeit $113,627.54. Cost: $719,000
Richard Erick McAllister, 42, of Ocean City: Pleasantville High School English teacher must forfeit $456,806.23. Cost: $3.4 million
Shawn Sypherd, 46, of Marmora: Middle Township Middle School social studies teacher must forfeit $354,264.06. Cost: $2.4 million



The New - Home of Breaking AC



Search...

Home    News    Weather    Lifestyle    Community Events    Contests & More    Advertise

$530,527

William Hunter, 43, of Sewell: Salesman must forfeit $245,020.08. Cost: $1.3 million

Michael Neopolitan, 49, of Willow Grove, Pa.: Pharmaceutical representative must forfeit $198,617.14. Cost: $762,519

Judd Holt, 42, of Marlton: Pharmaceutical representative must forfeit $95,574.49. Cost: $769,762

George Gavras, 36, of Moorestown: Pharmaceutical representative must forfeit $204,002.02. Cost: $679,368.53

Steven Urbanski, 37, of Marlton: Pharmaceutical representative must forfeit $113,600. Cost: $250,000

Thomas Hodnett, 41, of Voorhees: Pharmaceutical representative must forfeit $270,000. Cost: $1.5 million

Robert Bessey, 43, of Philadelphia: Pharmaceutical representative must forfeit $485,540.09. Cost: $2.7 million

Richard Zappala, 45, of Northfield: Pharmaceutical representative must forfeit $1.5 million. Cost: $4.3 million

Andrew Gerstel, 39, of Galloway Township: Pharmaceutical representative must forfeit $184,389.05. Cost: $483,946

Timothy Frazier, 42, of Galloway Township: Commercial construction estimator must forfeit $145,425. Cost: $801,119

Robert Madonna, 36, of Florida: Former Margate mortgage consultant must forfeit $179,370. Cost: $2.1 million.

Kristie Abbott Masucci, 36, of Cedar Run: Pharmaceutical representative must forfeit amount to be determined at sentencing. Cost: $1.88 million.

James Wildman, 44, of Marmora: Ocean City schools maintenance worker, must forfeit $657,040. Cost: $4.9 million.



◁ Share    𝕏 Share    in Share    🔗 Share        NEWS REPORTS

42 views        ♡

Recent Posts        Se

D7

# Timeline: A timeline of prescription fraud in South Jersey

Mar 15, 2019

## A timeline of prescription fraud in South Jersey





City officials
fend off rumors
in federal
prescription
fraud
investigation



City official.Former Atl…   Northfield …

infolinks

Atlantic pr…   Maino Perl pharm

HOKA ONE ONE   CHALLENGER ATR 5
NEW COLORS!

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 9 of 371 PageID: 577

| April | May | June | July | Aug. | Sept. | Oct. | Nov |

Timeline JS

## As featured on



### Seven plead not guilty in prescription fraud case

Two Margate firefighters, a Ventnor police officer and a co-owner of Tony's Baltimore Grill …



### Residents charged in ongoing fraud case were hiding in plain sight

Two years ago, William Hickman, a dedicated volunteer in Northfield youth baseball, took a s…



### Prescription fraud case defendants to appear in U.S. District Court

CAMDEN — Seven South Jersey residents charged in an ongoing $50 million compounding medicati…

infolinks



**CONTINUING COVERAGE:** The Spread of Deadly Coronavirus in Our Region

10 PHILADELPHIA ☀ 42°

TRENDING Coronavirus Newsletter Survivor Stories Map: Coronavirus Ca...

## UNITED STATES

# 7 New Jersey Residents Charged in State Benefits Drug Prescription Scheme

"I'm angry. I'm disappointed that this happened"

By NBC10 Staff • Published March 15, 2019 • Updated on March 17, 2019 at 8:33 am





NBC10

A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven people with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

"It's a sad day in Margate," Mayor Michael Becker said. "I'm angry. I'm disappointed that this happened."

## U.S. & World
Stories that affect your life across the U.S. and around the world.


**MAY 8**
US Virus Updates: Trump Says 'No Rush' on More Aid; Top White House Officials Buried CDC Report


**17 HOURS AGO**
AP Exclusive: Docs Show Top WH Officials Buried CDC Report

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded guilty last year.

"The U.S. Attorney's office is smearing Brian's name," Pugh's lawyer, Mike Baldassare, said. "He's a hard-working local businessman, he's presumed innocent."

Shallus, a 19-year police veteran, was suspended without pay, according to Vetnor Police Chief Douglas Biagi.

"This incident and the indictments will not affect the day-to-day operations of the Ventnor City Police Department or the public safety aspect of it," Biagi said. "We persevere and we move on from situations like this and we'll have to see how it all unfolds in the future."

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

Sara Hickman's company, Boardwalk Medical, of Northfield, allegedly was paid a percentage of the amount a Louisiana-based compounding pharmacy, not identified in court papers, received from a state benefits administrator for prescriptions received.

Sara Hickman and William Hickman allegedly paid others, including Pugh, to recruit public-sector employees who would obtain the expensive prescriptions they didn't need, and without seeing a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

Copyright AP - Associated Press

---

This article tagged under:

**UNITED STATES • NEW JERSEY • POLICE OFFICER • LOUISIANA • U.S. ATTORNEY**

---

**Tab**OOla Feed

**Newark, New Jersey Drivers Are Stunned By This Little Known Rule**
EverQuote Auto Insurance Quotes | Sponsored

**Yes - We ship to New Jersey!**
Firstleaf | Sponsored

**Customer Returns to Philly Corner Store to Shoot Clerk, Police Say**
Following an argument with a clerk of a Philadelphia corner store, a person returned minutes later to go behind the counter and shoot the worker in the head,...
NBC Philadelphia

**If You Like to Play, this City-Building Game is a Must-Have. No Install.**
Forge Of Empires | Sponsored

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/13/20   Page 14 of 371 PageID: 582



## CBS Philly

☰ MENU    NEWS    SPORTS    VIDEOS    WEATHER    TOP SPOTS   **CBSN Philly WATCH NOW ▸**   TS & MORE

# 7 People From New Jersey Charged For Allegedly Defrauding State Health Programs Out Of $50 Million

By Cleve Bryan    March 15, 2019 at 7:23 pm    **Filed Under:** Local, Local TV, New Jersey news



## OUR | NEWSLETTER

 Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

## MOST **VIEWED**

 Coronavirus Pennsylvania: Gov. W Extends Stay-At-Home Order In Philadelphia Region Through June

 Police: Gunman Found Dead In Woods After Killing Elderly Woma Wounding Husband At Delaware Veterans Memorial Cemetery

 Coronavirus North Wildwood: Ma Patrick Rosenello Says 'It's Going Be Unlike Any Summer We've See As Shore Town Begins Partial Reopening

 Coronavirus Latest: Some Protest Frustrated By Low Turnout At 'Op New Jersey' Rally

 Coronavirus Latest: Shutdown To Around Western Pennsylvania Ne Week As Stay-At-Home Orders Extended For Philadelphia Region

 Police: Owen J. Roberts High Scho Teacher Stephen Raught Arrested Sexually Assaulting Teen Student Classroom

 VIDEO: Suspect Caught On Came Stealing Customer's Wallet At Sou Philly Walmart

 Coronavirus Transit: SEPTA Returning To Regular Schedules O Most Transit Services Starting Ma 17

**Follow CBSPHILLY** Facebook | Twitter

CAMDEN, N.J. (CBS) — On Friday, federal prosecutors charged seven people from New Jersey for allegedly defrauding state programs and insurers out of $50 million. The alleged scheme involved taking advantage of public health programs.

Of the seven people in court Friday, one is a police officer and three are firefighters. One by one, they turned themselves in Friday morning, before heading off for arraignments in federal court.

Shore Area Pharmaceutical representative William Hickman and his wife, Sara, are accused of receiving large kick backs in a

prescription drug scheme that tried to rip off public employee health plans.

According to a federal indictment, they enlisted Atlantic City businessman Brian Pugh, Ventnor police officer Thomas Schallus, Margate firefighters John and Thomas Sher and Camden firefighter Christopher Broccoli to help recruit public employees whose state health plans cover expensive compound prescription drugs mean for public employees with allergies and other medical complications.

### 1 Person Killed, 3 Firefighters Injured In Northeast Philadelphia Fire, Officials Say

Authorities say an unnamed pharmaceutical company filled the scripts, which were medically unnecessary, receiving thousands of dollars per script. They then paid the Hickmans, who greased the others' palms in total ripping of state and private insurers for about $50 million.

"It wasn't a scam to rip off drug companies, it was merely an agreement to do what we believe was perfectly within the law," Jerry Ballarotto, attorney for firefighter John Sher, said.

Attorneys for the Sher brothers, who are firefighters in Margate, say not everyone charged Friday knew the prescriptions were illegitimate.

These new health care and wire fraud charges are part of a larger prescription fraud investigation that's already resulted in almost two dozen guilty pleas, including a doctor who admitted falsifying scripts.

"This case will come down to the evidence of who knew whether or not doctors were getting paid or not to write the prescriptions," Joe Grimes, attorney for firefighter Thomas Sher, said.

### Several Arrested After Brawl Outside Pottstown Senior High School, Police Say

But as the cases move toward trial, there are those who will chalk this up to abuse by public employees of New Jersey's platinum health plans; and in this case, a police officer and three firefighters sworn to serve and protect.

"What it's done to him personally and his profession, is that Monday morning he's going to get suspended, he's out of a job. He's been there for decades," Ballarotto said of John Sher.

All seven defendants entered not guilty pleas and were granted bond at $100,000.


Police: Man Shot Multiple Times In Frankford, Runs To 7-Eleven Where He Collapses, Dies


Coronavirus Pennsylvania: Businesses Across State Say 'Enough Is Enough,' Open In Defiance Of Shutdown Orders

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 16 of 371   PageID: 584

**Tab⊙⊙la** Feed

### 'These Kids Had An Education': 75-Year-Old Man Charged After Allegedly Coughing On Grocery Store Employee, Claiming He Had...

The Bucks County District Attorney's Office announced charges against James Edelstein, of the 2000 block of East Wellington Road, on Friday.

---

### Coronavirus Pennsylvania: Businesses Across State Say 'Enough Is Enough,' Open In Defiance Of Shutdown Orders

As swaths of Pennsylvania prepare for a limited reopening Friday, some fed-up business owners are jumping the gun and have resumed serving customers in defiance of Gov. Tom ...

---

### Police: Gunman Found Dead In Woods After Killing Elderly Woman, Wounding Husband At Delaware Veterans Memorial Cemetery

A shelter-in-place was issued for the New Castle County community after an elderly husband and wife were shot at the cemetery in Bear, around 10:15 a.m.

---

### Coronavirus Latest: Shutdown To Lift Around Western Pennsylvania Next Week As Stay-At-Home Orders Extended For Philadelphia...

Gov. Tom Wolf will announce that 13 more western counties, including much of the Pittsburgh metropolitan area, can shed his most restrictive pandemic orders on moveme...

---

### Police: Man Shot Multiple Times In Frankford, Runs To 7-Eleven Where He Collapses, Dies

A man was shot and killed in Philadelphia's Frankford section overnight.

### Police: Teen Facing Charges For Fiery Hit-And-Run Crash On Schuylkill Expressway That Killed Tractor-Trailer Driver

Authorities identified the driver as 19-year-old Zamir Abdul-Johnson Selby of Philadelphia.

### Coronavirus Latest: Widow Of Philadelphia Police Lt. James Walker Says Now Not Time To Get Careless As Talk About Reopening Ramps...

Vita Walker, the widow of Philadelphia Police Lt. James Walker, says now is not the time to get careless.

### VIDEO: Suspect Caught On Camera Stealing Customer's Wallet At South Philly Walmart

Police say on April 2, around 7 p.m., the suspect stole a wallet from a customer's cart inside the Walmart on South Columbus Boulevard.

## ⊚ CBS Philly

| NEWS | SPORTS | ENTERTAINMENT | OTHER | CORPORATE |
|------|--------|---------------|-------|-----------|
| Philly News | Philly Sports | Only CBS | CBS 3 | About Us |
| Business | Phillies | Top Spots | TV Program Guide | Advertise |
| Consumer | Sixers | Travel | Videos | Connect |
| Entertainment | Flyers | | Contests | |
| HealthWatch | Eagles | | Links | |
| Politics | | | School Closings | |
| Tech | | | | |
| Philadelphia Weather | | | | |



©2020 CBS Broadcasting Inc. All Rights Reserved.
Powered by WordPress.com VIP

By viewing our video content, you are accepting the terms of our Video Services

Privacy Policy | Terms of Use | California Privacy/Info We Collect | California Do Not Sell My Info | Mobile User Agreement | Ad Choices | Public File for KYW-TV | Public Inspection File Help | EEO Report

**D17**

Sponsored by ring (https://www.ring.com?
utm_source=Patch&utm_medium=cpm&utm_campaign=Crime_Safety_Sponsorship&utm_content=Logo)

U.S. Coronavirus Blog: More States Reopen; 2OM Jobs Lost
(https://patch.com/new-jersey/oceancity/s/h3vg1/u-s-coronavirus-blog-more-states-reopen-2om-jobs-lost)

Crime & Safety (Https://Patch.Com/New-Jersey/Oceancity/Police-Fire)

# Cop, Firefighters Among 9 Charged In 2 Big NJ Drug–Related Busts

Two big drug–related busts were announced in NJ – one of which nabbed a cop and firefighters. One allegedly involved an elaborate scam.

By Tom Davis, Patch Staff (https://patch.com/users/tom-davis) 
Mar 15, 2019 12:08 pm ET | Updated Mar 15, 2019 12:59 pm ET

(https://patch.com/new-jersey/oceancity/amp/27970375/cop-firefighters-among-9-charged-in-2-big-nj-drug-related-busts)

💬 Reply



Two big drug-related busts were announced in NJ – one of which nabbed a cop and firefighters. (Shutterstock photo)

Two big drug–related busts were announced in New Jersey on Friday – one of which nabbed a cop and several firefighters, according to authorities.

›

(https://

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 19 of 371 PageID: 587

Seven people with charged with defrauding New Jersey state health benefits programs and other insurers out of more than $50 million by submitting fraudulent claims for medically unnecessary prescriptions, US Attorney Craig Carpenito announced Friday.

They include Thomas Schallus, whom state public salary records identify as a Ventnor police officer. John and Thomas Sher are Margate firefighters, according to nj.com (https://www.nj.com/atlantic/2019/03/nj-cop-firefighters-business-owners-charged-with-50m-prescription-drug-scam-involving-public-workers.html), and Broccoli is a Camden firefighter.

In a separate bust, the New Jersey State Police announced Friday that they arrested Jorge L. Correa, 38, of Linden and Gustavo Barco, 39, of Roselle. and seized, heroin, cocaine, marijuana, and more than $60,000 cash.

The prescripton drug bust involved the indictment of William Hickman, 42, Sara Hickman, 42, Schallus, 42 and Thomas Sher, 46, all of Northfield; Brian Pugh, 41, of Absecon; John Sher, 37, of Margate and Broccoli, 47, of West Deptford.

**Subscribe > (/)**

They were all charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud. William and Sara Hickman and Brian Pugh also were charged with conspiracy to commit money laundering and individual acts of money laundering, according to a release from Carpenito's office.

The defendants were expected to appear Friday afternoon before US Magistrate Judge Ann Marie Donio in Camden federal court. The case is assigned to US District Judge Robert B. Kugler in Camden.

According to the indictment:

From July 2014 through April 2016, the conspirators recruited individuals in New Jersey to obtain "very expensive and medically unnecessary" medications from a Louisiana pharmacy, identified in the indictment as the "Compounding Pharmacy," according to the release.

The conspirators learned that certain compound medication prescriptions — including pain, scar, antifungal and libido creams, as well as vitamin combinations — were reimbursed for thousands of dollars for a one-month supply, according to the release.

The conspirators also learned that some New Jersey state and local government and education employees, including teachers, firefighters, municipal police officers and state troopers, had insurance coverage for these particular compound medications, as did some other insurance plans, according to the release.

An entity referred to in the indictment as the "Pharmacy Benefits Administrator" provided pharmacy benefit management services for the State Health Benefits Program, which covers qualified state and local government employees, retirees, and eligible dependents, according to the release.

They also provided services to the School Employees' Health Benefits Program, which covers qualified local education employees, retirees, and eligible dependents. The Pharmacy Benefits Administrator would pay prescription drug claims and then bill the state of New Jersey for the amounts paid, according to the release.

The conspirators recruited public employees covered by the "Pharmacy Benefits Administrator" to fraudulently obtain medications without any evaluation or determination by a medical professional that the medications were medically necessary, according to the release.

The defendants paid individuals to agree to receive prescription medications. The defendants completed prescriptions for these individuals and selected the most expensive medications with the highest number of refills to obtain the highest possible insurance reimbursement, according to the release.

The conspirators would have prescriptions signed by a doctor who did not examine the patients, according to the release.

The State Police bust culminated a two-week investigation that determined that Correa and Barco were selling significant quantities of cocaine and heroin in the Roselle and Linden area, police said.

On Tuesday, March 12, detectives from the New Jersey State Police Crime Suppression North Unit, T.E.A.M.S. Unit, Gangs and Organized Crime North Unit, Trafficking North Unit, and K-9 Unit, arrested Correa and Barco at their residences without incident, police said.

As a result of the investigation detectives seized 823 grams of cocaine, 151 grams of heroin, 3 grams of THC oil, $60,871 cash, and a 2013 Nissan Altima. The drugs carry a value of $44,300, police said.

Correa was charged with possession with intent to distribute CDS, possession with intent to distribute within 1,000 feet of a school zone, possession with intent to distribute within 500 feet of a park, and conspiracy to distribute CDS, police said.

>

(https://

**D20**



jersey/c

corona

update

heres-

what-

you-

need-

know-

may)

>

(https:/

D21

Jorge L. Correa, 38, of Linden (State Police photo)

Barco was charged with possession with intent to distribute CDS, possession of CDS near a school zone, and conspiracy to distribute CDS.

jersey/c

corona

update

heres-

what-

you-

need-

know-

may)

>

(https:/

**D22**

jersey/e

corona

update

heres-

what-

you-

need-

know-

may)



>

(https:/

Gustavo Barco, 39, of Roselle (State Police photo)

Correa and Barco were lodged at the Union County Jail pending a detention hearing. This case is being prosecuted by the Union County Prosecutor's Office, police said

♡ Thank    💬 Reply    🏳

## More from Ocean City



**NJ Coronavirus Updates: Here's What You Need To Know** (https://patch.com/new-jersey/oceancity/s/h3o5a/nj-coronavirus-updates-heres-what-you-need-know-may)

44m



**Info On Ocean City Beach Access Could Come 'Very Soon:' Mayor** (https://patch.com/new-jersey/oceancity/info-ocean-city-beach-access-could-come-very-soon-mayor)

18h



**WATCH LIVE: Gov. Phil Murphy Issues NJ Coronavirus Update** (https://patch.com/new-jersey/oceancity/s/h3xdw/watch-live-gov-phil-murphy-issues-nj-coronavirus-update-5-9-20)

47m

## Patch Community Guidelines



Patch is a space for neighbors to share their thoughts, so keep your replies clean, friendly and factual.

Read our community guidelines here (https://patch.com/info/community-guidelines)

👤 Reply to this article    **Reply**

    **Read more local news from** (https://patch.com/new-jersey/oceancity)
**Ocean City**    ❯

## Featured Events ⓘ (/#what-is-featured-event)

(https://

ADVERTISEMENT

## The Inquirer

Unlimited Access

# Firefighters, cop, pizzeria owner among 7 arrested in Jersey Shore drug fraud ring with ties to James Kauffman

by Amy S. Rosenberg, Updated: March 15, 2019



COLT SHAW / THE PRESS OF ATLANTIC CITY VIA AP



Seven people, including three firefighters, a police officer, and an owner of Tony's Baltimore Grill in Atlantic City, were arrested Friday and charged in a $50 million prescription-drug health-benefits scheme that has already snagged dozens of public employees and pharmaceutical representatives at the New Jersey Shore.

The arrests followed the unsealing of a 50-count federal indictment charging William Hickman, 42, of Northfield; his wife, Sara, 42; Ventnor Police Officer Thomas Schallus, 42; brothers and Margate Firefighters John, 37, and Thomas Sher, 46; Camden Firefighter Christopher Broccoli, 47, of West Deptford; and Brian Pugh, 41, of Absecon, identified in the indictment as a businessman.

**RELATED STORIES**

- **'Nobody should be comfortable.' Shore prescription probe closing in on targets large and small**
- **Dr. James Kauffman, awaiting trial in wife's murder, found dead in apparent suicide**
- **Ventnor firefighter latest to plead guilty in vast prescription fraud scheme**

All were charged with conspiracy to commit health-care fraud and wire fraud, and with individual acts of health-care fraud and wire fraud, according to the U.S. Attorney's Office. Pugh and the Hickmans were additionally charged with conspiracy to commit money laundering.

© 2020 The Philadelphia Inquirer, LLC

Pugh is co-owner of the popular Atlantic City pizzeria, which he purchased with his father, a longtime employee, in 2017. John and Thomas Sher have a brother, Michael, who also is a Margate firefighter. Mich Sher has already pleaded guilty in the case. A fourth Sher brother is a potential witness in the case, said Assistant U.S. Attorney David Walk.



ADVERTISEMENT

Hickman, a pharmaceutical representative, was named in a search warrant executed in June 2017 at the of James Kauffman, an endocrinologist who later killed himself while in prison awaiting trial in the murd his wife, April.



AP
William Hickman, right, who worked as a pharmaceutical representative and ran the company Boardwalk Medical LLC, is escorted from the FBI office in Linwood, N.J., Friday, March 15, 2019 Authorities say a police officer and three firefighters are among seven people recently charged in a $50 million prescription drug scheme that has already produced nearly two dozen guilty (Colt Shaw/The Press of Atlantic City via AP)

**INQUIRER MORNING NEWSLETTER**

Get the news you need to start your day

| your@email.com | Sign Up |

© 2020 The Philadelphia Inquirer, LLC

The search warrant, obtained by The Inquirer, identifies Hickman as a ringleader in the prescription drug scheme. The warrant alleges that Hickman is alleged to have used a shell company, Boardwalk Medical LL solicit the services of Kauffman and other doctors for fraudulent prescriptions for expensive creams, vitamins, and libido medication, and scar ointments.

All seven defendants pleaded not guilty Friday afternoon in front of U.S. Magistrate Judge Ann Marie Dor Camden and were expected to be released on $100,000 bail. A status hearing was set for Thursday.



ANNIE CLOTH UP TO 45% OFF  Shop Now

ADVERTISEMENT

Donio ordered no contact among the Sher brothers, even at their children's games, unless one of the parer the accused, Anne Marie or Dennis Sher, were present.

"We go to every game," their mother assured the judge Friday, from the second row as her son John stood somberly, shackled around the waist like the others. "We have 26 grandchildren."

"It's a sad day for Margate," said Mayor Mike Becker.

© 2020 The Philadelphia Inquirer, LLC
**D27**

All three firefighters and the Ventnor officer will be suspended pending the outcome of the case. The judge also ordered the defendants not to travel outside New Jersey, disrupting planned vacations by the Hickman family to Clearwater, Fla., and Puerto Rico, over their attorneys' objections.



ADVERTISEMENT

The bail for the Hickmans was required to be secured, and Walk, the assistant U.S. attorney, told the judge Hickmans had failed to disclose assets totaling $1.4 million.



**Ted Greenberg**
@tedgreenbergNBC

6 people led out of the FBI's office in Northfield after surrendering this morning. Indictments in wide reaching prescription fraud investigation involving public employees expected to be unsealed today. @NBCPhiladelphia

7 9:57 AM - Mar 15, 2019

21 people are talking about this

The probe into the conspiracy also previously snagged an Atlantic City firefighter, a Ventnor firefighter, t doctors, four school employees including two teachers, and 13 pharmaceutical representatives. All have pleaded guilty, but have had their sentencings repeatedly delayed.

© 2020 The Philadelphia Inquirer, LLC

Six of those who previously pleaded guilty, including Matthew Tedesco, previously described as being a ringleader, were named in Friday's indictment as unindicted co-conspirators.



**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)**

Sponsored by WeeklyPenny

ADVERTISEMENT

The scheme outlined in the search warrant is alleged to have happened from July 2014 to April 2016 and was run with the aid of a now-closed pharmacy in Hammond, La., called Central Rexall Drugs.



**COLT SHAW / AP**
Thomas Sher, left, a firefighter with the Margate, N.J., City Fire Department is escorted from the FBI office in Linwood, N.J., Friday, March 15, 2019. Authorities say a police officer and three firefighters are among seven people recently charged in a $50 million prescription drug scheme that has already produced nearly two dozen guilty pleas. (Colt Shaw/The Press of Atlantic City via AP)



AP

Brian Pugh, left, co-owner of Tony's Baltimore Grill in Atlantic City, N.J., is escorted from the FBI office in Linwood, N.J., Friday, March 15, 2019. Authorities say a police officer and three firefighters are among seven people recently charged in a $50 million prescription drug scheme that has already produced nearly two dozen guilty pleas. (Colt Shaw/The Press of Atlantic City via AP)

Ventnor Police Chief Doug Biagi said Schallus was an interim sergeant with 19 years on the force and pay $123,700 a year.

"He has been suspended without pay," Biagi said and declined to comment further.

Michael Baldassare, attorney for Pugh, said the U.S. attorney's actions Friday smeared his client.

"He is a well-respected local businessman, and he is presumed innocent," Baldassare said in a statement. "After a two-year, multimillion-dollar failure to find any evidence against the big corporate players, the prosecutors are trying to bully police officers, teachers, and hard-working local business people."

Attorneys Jerome Ballarotto and Joseph Grimes, representing John and Thomas Sher, said their clients v unaware that doctors were getting paid to write the prescriptions they had a role in procuring. They said t had merely been acting as referrers for pharmaceutical representatives to legitimately get fees.

"The government has turned this into some giant conspiracy," Ballarotto said.

"The evidence will come down to who knew whether or not doctors were getting paid or not to write prescriptions," said Grimes.

Shore towns have been aware for at least two years that many of their public employees had been involved some way with the scheme, and the towns complied with demands for health insurance records.

Hickman's attorney, Samuel Moulthrop, said in a statement that Hickman "is innocent, and we are eager t contest these charges."

Moulthrop said in court that Hickman had been in repeated contact with the U.S. Attorney's Office during last two years as others in the scheme pleaded guilty.

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 32 of 371 PageID: 600

Atlantic County Prosecutor Damon Tyner has said he expects to charge lower-level employees once the federal investigation has been completed.

The indictment describes a now-familiar scheme in which compounding pharmacies were able to charge recurring monthly rates billed to the state health-benefits programs of public employees.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

...blic employees, who w...

...tion.

...nd education employee...

...e state for the amount...
...s with the highest num...

...id the Hickmans more...
...roccoli, "and other...

The health-care fraud and wire-fraud conspiracy counts carry a maximum penalty of 20 years in prison a...
$250,000 fine, or twice the value of the property involved in the transaction.

*Staff writer Julie Shaw contributed to this article.*

Posted: March 15, 2019 - 11:50 AM

 **Amy S. Rosenberg** | **@amysrosenberg** | **arosenberg@inquirer.com**

© 2020 The Philadelphia Inquirer, LLC

**D32**




**RADIO.COM**     LISTEN     MUSIC     NEWS     SPORTS

 LISTEN

☰  1010 WINS



>>> **Breaking News**

**CORONAVIRUS COVERAGE: Click here for the latest Tri-State news, updates on COVID-19**



Dreamstime

# More charges in $50M NJ state benefits prescription drug probe

MARCH 15, 2019 - 3:58 PM

**CATEGORIES:**  New Jersey





week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

A message was left seeking comment from an attorney for Thomas Sher. Court filings didn't list attorneys who could speak for the other defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

A Louisiana-based compounding pharmacy, not identified in court papers, received more than $50 million in reimbursements from the state's pharmacy benefits administrator in 2015 and 2016, according to the indictment. Sara Hickman's company, Boardwalk Medical, of Northfield, New Jersey, allegedly received a percentage of that amount from the pharmacy.

Sara and William Hickman used the money for themselves and allegedly paid

D34





fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded guilty last year.

**TAGS:**   Indictments,   Law and order,   Legal proceedings,   Pharmacy operators,   Retail industry,   Retail and wholesale,   Consumer services,   Con,   Consumer products and services,   crime,   Drug-related crime,   Fraud and false statements,   Newsletter

---

| LOCAL | NATIONAL | TRAFFIC |
|-------|----------|---------|

VIDEO: 5 sought in string of bike robberies from delivery men in Upper Manhattan

Queens man sold stolen COVID-19 test kits, falsely promised results: prosecutors

Tekashi 6ix9ine breaks record for most viewers on Instagram live

CORONAVIRUS IN CONNECTICUT: 77 new deaths, 627 new cases; car-related fatalities in…

Over $1M of heroin named 'coronavirus', 'Black Mamba' seized in the Bronx

Vast majority of social distancing summonses in NYC went to black and Hispanic residen…

Council member calls for beach safety plan amid Wonder Wheel 100th anniversary

**D35**

 

**RADIO.COM**   LISTEN   MUSIC   NEWS   SPORTS

   LISTEN

 **Weekend News**
1:00 AM

LISTEN LIVE    ON DEMAND

AUDIO ON DEMAND    PODCASTS

 Governor Phil Murphy joins 1010 WINS to speak about the risk of the coron…
*- May 08, 2020*

 Two children in NY State have died from a disease linked with the coronavir…
*- May 08, 2020*

 Over 80% of social distancing summons have been given to people of color
*- May 08, 2020*

 Governor Cuomo holds his daily coronavirus briefing
*- May 08, 2020*

 Mayor de Blasio announces plans for monitoring social distancing in parks…
*- May 08, 2020*

 The pandemic has hit nursing homes across New York and New Jersey hard
*- May 08, 2020*



More charges in $50M state benefits prescription drug probe - ABC News



VIDEO    LIVE    SHOWS    2020 ELECTIONS    CORONAVIRUS

# More charges in $50M state benefits prescription drug probe

*Authorities say a police officer and three firefighters are among seven people recently charged in a $50 million prescription drug scheme that has already produced nearly two dozen guilty pleas*

By **DAVID PORTER** Associated Press

March 15, 2019, 3:58 PM • 3 min read

A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

A message was left seeking comment from an attorney for Thomas Sher. Court filings didn't list attorneys who could speak for the other defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

A Louisiana-based compounding pharmacy, not identified in court papers, received more than $50 million in reimbursements from the state's pharmacy benefits administrator in 2015 and 2016, according to the indictment. Sara Hickman's company, Boardwalk Medical, of

## Top Stories

**More charges in $50M state benefits prescription drug probe**
Mar 15, 3:58 PM



**ABC News Live Stream**
Jan 03, 1:34 PM



**'Siegfried and Roy' tiger grabs Roy Horn by the neck as staff try to help: Part 6**
Oct 01, 1:30 PM



**Mother of 3 convicted of killing ex-NFLer's pregnant girlfriend pushes for new trial**
May 08, 8:30 PM



**Coronavirus live updates: FDA authorizes 1st rapid-result antigen test**
8 minutes ago



● ABC News Live



*24/7 coverage of breaking news and live events*

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 38 of 371 PageID: 606

Northfield, New Jersey, allegedly received a percentage of that amount from the pharmacy.

Sara and William Hickman used the money for themselves and allegedly paid others, including Pugh, to recruit public-sector employees who were paid to get the prescriptions, which they didn't need and hadn't been prescribed by a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded guilty last year.



abc NEWS

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | Terms of Use | Do Not Sell My Info | Contact Us

Copyright © 2020 ABC News Internet Ventures. All rights reserved.

**D38**



Ads by Google

Stop seeing this ad    Why this ad? ▷

# More charges in $50M state benefits prescription drug probe

**David Porter, Associated Press** Mar 15, 2019, 1:57 PM



A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.





McAfee: 3 Years in the
Leaders Quadrant
Get the Gartner Magic
Quadrant for CASB

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.



**< HOMEPAGE**

Margate, was listed in the indictment as a co-conspirator. He pleaded guilty






Court filings didn't list attorneys who could speak for the defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

Sara Hickman's company, Boardwalk Medical, of Northfield, allegedly was paid a percentage of the amount a Louisiana-based compounding pharmacy, not identified in court papers, received from a state benefits

❮ HOMEPAGE





# BUSINESS INSIDER



Subscribe

prescriptions they didn't need, and without seeing a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

## Don't miss industry news. Get our daily newsletter today.

Email

name@example.com

SIGN UP

By clicking "Sign Up", you agree to receive marketing emails from Business Insider as well as other partner offers and accept our Terms of Service and Privacy Policy. You can opt-out at any time.

‹ HOMEPAGE



Subscribe



# BUSINESS
# INSIDER

Subscribe

More:    Associated Press

Taboola Feed 

**Is Your Dog Suffering From Bacteria-Filled Gums? If So, Try This...**
Sponsored by Petlab Co.

**What are the best cards to use now so you can travel later? Find out.**
Sponsored by NerdWallet

**Can't leave the house? Yes– we ship wine to New Jersey**
Sponsored by Firstleaf

**If You Like to Play, this City-Building Game is a Must-Have. No Install.**
Sponsored by Forge Of Empires

**Getting this Treasure is impossible! Prove us wrong!**
Sponsored by Hero Wars

**Warren Buffett's favorite stock-market indicator hits record high, signaling a crash could be coming | Markets Insider**

BI

< HOMEPAGE     Subscribe

**U.S.News** WORLD REPORT    **NEWS**    🔍  ☰

# More Charges in $50M State Benefits Prescription Drug Probe

Authorities say a police officer and three firefighters are among seven people recently charged in a $50 million prescription drug scheme that has already produced nearly two dozen guilty pleas.

**March 15, 2019**

**BY DAVID PORTER,** Associated Press

A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

A message was left seeking comment from an attorney for Thomas Sher. Court filings didn't list attorneys who could speak for the other

defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

A Louisiana-based compounding pharmacy, not identified in court papers, received more than $50 million in reimbursements from the state's pharmacy benefits administrator in 2015 and 2016, according to the indictment. Sara Hickman's company, Boardwalk Medical, of Northfield, New Jersey, allegedly received a percentage of that amount from the pharmacy.

Sara and William Hickman used the money for themselves and allegedly paid others, including Pugh, to recruit public-sector employees who were paid to get the prescriptions, which they didn't need and hadn't been prescribed by a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded

**D45**

guilty last year.

Copyright 2019 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Tags: New Jersey, Louisiana**



**Coronavirus Bulletin**

Stay informed daily on the latest news and advice on COVID-19 from the editors at U.S. News & World Report.

Email address    **Sign Up**

## YOU MAY ALSO LIKE

The 10 Best States in the U.S.

The 10 Best U.S. States for Education

**WTOP**news

Breaking News: Flamboyant rock 'n' roll pioneer Little Richard dead at 87　　　✕

## More charges in $50M state benefits prescription drug probe



The Associated Press
March 15, 2019, 3:58 PM

▶ **Listen now to WTOP News**　WTOP.com | Alexa | Google Home | WTOP App | 103.5 FM

A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

A message was left seeking comment from an attorney for Thomas Sher. Court filings didn't list attorneys who could speak for the other defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

A Louisiana-based compounding pharmacy, not identified in court papers, received more than $50 million in reimbursements from the state's pharmacy benefits administrator in 2015 and 2016, according to the indictment. Sara Hickman's company, Boardwalk Medical, of Northfield, New Jersey, allegedly received a percentage of that amount from the pharmacy.

Sara and William Hickman used the money for themselves and allegedly paid others, including Pugh, to recruit public-sector employees who were paid to get the prescriptions, which they didn't need and hadn't been prescribed by a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded guilty last year.

Copyright © 2020 The Associated Press. All rights reserved. This material may not be published, broadcast, written or redistributed.

**Related Categories:**    Health & Fitness News | Lifestyle News



Set
Weather

Subscribe

We need your DIRECT SUPPORT now more than ever. Learn more »

Atlantic

# N.J. cop, firefighters, business owners charged with $50M prescription drug scam involving public workers

Updated Mar 15, 2019; Posted Mar 15, 2019

**By Amanda Hoover | NJ Advance Media For NJ.com**

Federal authorities charged seven New Jersey residents including a cop and multiple firefighters Friday and accused them of key roles in a vast $50 million prescription fraud scheme that enlisted government and school employees to seek unnecessary speciality medications for ailments including pain, scarring, fungal and libido problems.

More than a dozen people have previously been charged in the expanding probe of prescriptions for compounded medications, which are individually made for patients a much higher costs. The latest roundup on Friday by FBI targeted the alleged ringleaders and those who helped recruit government and school workers into the scam, authorities said.

The 50-count indictment unsealed shortly after the arrests names:

- William Hickman, 42, of Northfield
- Sara Hickman, 42, of Northfield

- Sara Hickman, 42, of Northfield
- Thomas Schallus, 42, of Northfield
- Thomas Sher, 46, all of Northfield
- Brian Pugh, 41, of Absecon
- John Sher, 37, of Margate City
- Christopher Broccoli, 47, of West Deptford

They all face charges of conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud, according to the U.S. Attorney's Office.

William Hickman and Sara Hickman ran Atlantic County-based Boardwalk Medical, which they used to funnel the prescriptions to a compounding pharmacy in Louisiana, authorities said.

"The Hickmans then had Pugh and other conspirators recruit individuals who had coverage for compounded medications, and those conspirators found additional recruiters, including Thomas Schallus, John Sher, Thomas Sher, and Christopher Broccoli," the U.S. Attorney's Office said in a statement.

Schallus is a Ventnor police officer, John and Thomas Sher are Margate firefighters and Broccoli is a Camden firefighter, according to public records. The seven are expected to appear in U.S. District Court in Camden Friday afternoon

The scam, which ran from July 2014 and April 2016, led to millions in kickbacks, authorities said.

"After the prescriptions were filled, the Compounding Pharmacy paid Boardwalk Medical a percentage of each prescription filled and paid by the Pharmacy Benefits Administrator," the U.S. Attorney's Office said. "The Pharmacy Benefits Administrator paid Compounding Pharmacy over $50 million for compounded medications, and the Compounding Pharmacy paid William Hickman and Sara Hickman over $26 million

**D50**

for prescriptions obtained by the conspiracy. The Hickmans paid a portion of that amount to Pugh, Schallus, John Sher, Thomas Sher, Christopher Broccoli, and other conspirators."

More than a <u>dozen people previously have been charged in the scam</u> and some have already pleaded guilty.

The Hickmans and Pugh face additional charges of conspiracy to commit money laundering and individual acts of money laundering, authorities said.



**Ted Greenberg** ✔
@tedgreenbergNBC

6 people led out of the FBI's office in Northfield after surrendering this morning. Indictments in wide reaching prescription fraud investigation involving public employees expected to be unsealed today. @NBCPhiladelphia

**D51**



♡ 7   9:57 AM - Mar 15, 2019                         ⓘ

💬 21 people are talking about this                   ›

Compounded medications are made by pharmacists to meet the specific needs of individual patients. While lacking approval from the Food and Drug Administration, the medications still require

prescription from a physician, and are often used when a patient cannot take FDA-approved medications. This can happen when someone is allergic to a specific ingredient.

The drugs made in Louisiana were eligible for thousands of dollars in reimbursements for a one-month supply, authorities said. Those involved in the alleged scheme learned that some in New Jersey, including local government employees, educators, firefighters, police officers and New Jersey State Police troopers had insurance that covered these speciality medications, as did some other insurance plans.

Dr. John Gaffney, who did not see the patients, signed the prescriptions, authorities said. They were faxed to the pharmacy, which filled the prescriptions and billed the Pharmacy Benefits Administrator, authorities said.

Gaffney was paid for signing the fraudulent prescriptions, and previously pleaded guilty to conspiracy to commit health care fraud.

Attorneys for the Hickmans said they would fight the charges.

"Mr. Hickman is innocent and we are eager to contest these charges in a court of law," Samuel Moulthrop and Ryan Magee said in an emailed

statement. "We are confident that Mr. Hickman will be exonerated after trial."

"Mrs. Hickman denies the charges against her," attorneys Lee Vartan and Jenny Chung said in a separate emailed statement. "She had no substantive role in anything alleged by the government, and will be fully vindicated in court."

The charges of health care fraud and wire conspiracy carry a maximum penalty of 20 years in prison as well as a $250,000 fine.

*This story has been updated to include comment from the Hickmans' attorneys.*

*Amanda Hoover can be reached at ahoover@njadvancemedia.com. Follow her on Twitter @amandahoovernj. Find NJ.com on Facebook.*

**Get the latest updates right in your inbox. Subscribe to NJ.com's newsletters.**

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web

## The CDC Recommends Masks. Get Yours

**Premium Nanotech Space Mask** | Sponsored

## Protective Cloth Masks with PM2.5 Filter

**Brave New Look** | Sponsored

## Woman charged with attempted murder in 2 shootings



MENU ☰

🔍   Sign In ⌄

Please Sign In and use this article's on page print button to print this article.

**Subscribe now** — Limited time offer

HEALTH CARE

# Federal grand jury issues 50-count indictment in $50M N.J. health fraud case



A Camden federal grand jury returned a 50-count indictment Friday that charges seven people with defrauding New Jersey state health benefits programs and other health insurers.

SEAN GLADWELL



By John George
Senior Reporter, Philadelphia Business Journal
Mar 15, 2019, 1:02pm EDT

A federal grand jury in Camden on Friday returned a 50-count indictment that charges seven people with defrauding New Jersey state health benefits programs and other insurers out of more than $50 million.

The indictment alleges the defendants by submitting fraudulent claims for medically unnecessary prescriptions, according to U.S. Attorney Craig Carpenito for the District of New Jersey.

William Hickman, 42, Sara Hickman, 42, Thomas Schallus, 42, Thomas Sher, 46, all of Northfield; Brian Pugh, 41, of Absecon; John Sher, 37, of Margate City; and Christopher Broccoli, 47, of West Deptford were charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud. William and Sara Hickman and Brian Pugh also were charged with conspiracy to commit money laundering and individual acts of money laundering.

According to the indictment, the alleged conspirators recruited individuals in New Jersey to obtain expensive and medically unnecessary compounded medications from a Louisiana pharmacy from July 2014 through April 2016.

Compounded medications are specialty medications mixed by a pharmacist to meet the specific medical needs of an individual patient. Although compounded drugs are not approved by the Food and Drug Administration, they can be properly prescribed by a physician who determines that an FDA-approved medication does not meet the health needs of a particular patient, such as if a patient is allergic to a dye or other ingredient.

The defendants, the indictment alleges, learned that certain compound medication prescriptions – including pain, scar, anti-fungal, and libido creams, as well as vitamin combinations – were reimbursed for thousands of dollars for a one-month supply. They also learned that some New Jersey state and local government and education employees, including teachers, firefighters, municipal police officers, and state troopers, had insurance coverage for these particular compound medications, as did some other insurance plans.

According to the indictment, the Louisiana compounding pharmacy agreed to pay Boardwalk Medical, a New Jersey company run by William Hickman and Sara Hickman, a percentage of the amount that the Compounding Pharmacy received for prescriptions obtained by Boardwalk Medical and its associates. The Hickmans, the indictment alleges, then had Pugh and other conspirators recruit individuals who had coverage for compounded medications — and those conspirators found additional recruiters, including Thomas Schallus, John Sher, Thomas Sher, and Christopher Broccoli.

According to the indictment, the Louisiana compounding pharmacy paid William Hickman and Sara Hickman more than $26 million for prescriptions obtained by the alleged conspiracy, and the Hickmans paid a portion of that amount to Pugh, Schallus, John and Thomas Sher, Broccoli, and other conspirators.

Each wire fraud count carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each health care fraud count carries a maximum penalty of 10 years in prison and a $250,000 fine, or twice the gross gain or loss from the offense. The money laundering conspiracy charge carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction. Each charge of monetary transactions in criminally derived property worth more than $10,000 carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction.



## Legal judgments of 2018

Ranked by Judgment amount

| Rank | Transaction | Judgment Amount |
|------|-------------|-----------------|
|      |             |                 |

5/9/2020　Seven People Charged in $50 Million Health Care Fraud Conspiracy Targeting State Health Benefits Programs | USAO-NJ | Department of…

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 56 of 371 PageID: 624



United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT *of* NEW JERSEY

<u>U.S. Attorneys</u> » <u>District of New Jersey</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

District of New Jersey

FOR IMMEDIATE RELEASE                     Friday, March 15, 2019

# Seven People Charged in $50 Million Health Care Fraud Conspiracy Targeting State Health Benefits Programs

CAMDEN, N.J. – A federal grand jury has returned a 50-count indictment charging seven people with defrauding New Jersey state health benefits programs and other insurers out of more than $50 million by submitting fraudulent claims for medically unnecessary prescriptions, U.S. Attorney Craig Carpenito announced today.

William Hickman, 42, Sara Hickman, 42, Thomas Schallus, 42, Thomas Sher, 46, all of Northfield, New Jersey, Brian Pugh, 41, of Absecon, New Jersey, John Sher, 37, of Margate City, New Jersey, and Christopher Broccoli, 47, of West Deptford, New Jersey, were all charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud. William and Sara Hickman and Brian Pugh also were charged with conspiracy to commit money laundering and individual acts of money laundering. The defendants are expected to appear later today before U.S. Magistrate Judge Ann Marie Donio in Camden federal court. The case is assigned to U.S. District Judge Robert B. Kugler in Camden.

According to the indictment:

Compounded medications are specialty medications mixed by a pharmacist to meet the specific medical needs of an individual patient. Although compounded drugs are not approved by the Food and Drug Administration (FDA), they are properly prescribed when a physician determines that an FDA-approved medication does not meet the health needs of a particular patient, such as if a patient is allergic to a dye or other ingredient.

D56

5/9/2020    Seven People Charged in $50 Million Health Care Fraud Conspiracy Targeting State Health Benefits Programs | OPA | Department of…

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 57 of 371 PageID: 625

From July 2014 through April 2016, the conspirators recruited individuals in New Jersey to obtain very expensive and medically unnecessary compounded medications from a Louisiana pharmacy, identified in the indictment as the "Compounding Pharmacy." The conspirators learned that certain compound medication prescriptions – including pain, scar, antifungal, and libido creams, as well as vitamin combinations – were reimbursed for thousands of dollars for a one-month supply.

The conspirators also learned that some New Jersey state and local government and education employees, including teachers, firefighters, municipal police officers, and state troopers, had insurance coverage for these particular compound medications, as did some other insurance plans. An entity referred to in the indictment as the "Pharmacy Benefits Administrator" provided pharmacy benefit management services for the State Health Benefits Program, which covers qualified state and local government employees, retirees, and eligible dependents, and the School Employees' Health Benefits Program, which covers qualified local education employees, retirees, and eligible dependents. The Pharmacy Benefits Administrator would pay prescription drug claims and then bill the State of New Jersey for the amounts paid.

The Compounding Pharmacy agreed to pay Boardwalk Medical LLC, a company run by William Hickman and Sara Hickman, a percentage of the amount that the Compounding Pharmacy received for prescriptions obtained by Boardwalk Medical and its associates. The Hickmans then had Pugh and other conspirators recruit individuals who had coverage for compounded medications, and those conspirators found additional recruiters, including Thomas Schallus, John Sher, Thomas Sher, and Christopher Broccoli.

The conspirators recruited public employees covered by the Pharmacy Benefits Administrator to fraudulently obtain compounded medications from the Compounding Pharmacy without any evaluation or determination by a medical professional that the medications were medically necessary. The defendants paid individuals to agree to receive prescription medications from the Compounding Pharmacy. The defendants completed prescriptions for these individuals and selected the most expensive medications with the highest number of refills to obtain the highest possible insurance reimbursement. The conspirators would have prescriptions signed by a doctor who did not examine the patients. The prescriptions were faxed to the Compounding Pharmacy, which filled the prescriptions and billed the Pharmacy Benefits Administrator.

William Hickman paid Dr. John Gaffney to reward him for signing prescriptions. Gaffney previously pleaded guilty to conspiracy to commit health care fraud and admitted taking payments and signing prescriptions for patients he did not see.

After the prescriptions were filled, the Compounding Pharmacy paid Boardwalk Medical a percentage of each prescription filled and paid by the Pharmacy Benefits Administrator. The Pharmacy Benefits Administrator paid Compounding Pharmacy over $50 million for

compounded medications, and the Compounding Pharmacy paid William Hickman and Sara Hickman over $26 million for prescriptions obtained by the conspiracy. The Hickmans paid a portion of that amount to Pugh, Schallus, John Sher, Thomas Sher, Christopher Broccoli, and other conspirators.

The health care fraud and wire fraud conspiracy count with which all defendants are charged carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each wire fraud count carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each health care fraud count carries a maximum penalty of 10 years in prison and a $250,000 fine, or twice the gross gain or loss from the offense. The money laundering conspiracy charge carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction. Each charge of monetary transactions in criminally derived property worth more than $10,000 carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction.

U.S. Attorney Carpenito credited agents of the FBI's Atlantic City Resident Agency, under the direction of Special Agent in Charge Gregory W. Ehrie in Newark, IRS-Criminal Investigation, under the direction of Special Agent in Charge John R. Tafur in Newark, and the U.S. Department of Labor, Office of Inspector General, New York Region, under the direction of Special Agent in Charge Michael C. Mikulka, with the investigation leading to the indictment. He also thanked the Division of Pensions and Financial Transactions in the State Attorney General's Office, under the direction of Attorney General Gurbir S. Grewal and Division Chief Eileen Schlindwein Den Bleyker, for its assistance in the investigation.

The government is represented by Assistant U.S. Attorneys R. David Walk Jr. and Alyson M. Oswald of the U.S. Attorney's Office in Camden and Assistant U.S. Attorney Barbara Ward, Senior Trial Counsel of the Asset Recovery and Money Laundering Unit in Newark.

The charges and allegations contained in the indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

---

**Attachment(s):**
Download Hickman.Indictment.pdf

**Topic(s):**
Financial Fraud
Health Care Fraud

**Component(s):**
USAO - New Jersey

**Press Release Number:**

19-071

Updated March 15, 2019



 

Home    News    Weather    Lifestyle    Community Events    Contests & More    Advertise

43°
Sun

See News Happening?
Let us know!
News@SJNtv.com

 Lynda Cohen ♛ · Mar 15, 2019 · 3 min read

# Suspects surrender as seven indicted in prescription fraud

Updated: 20 hours ago

Seven people have been indicted in a drug-compounding scheme that bilked millions from public health care benefits.

Six Atlantic County residents were led out of the FBI's Northfield office Friday morning after surrendering on the charges contained in a 50-count indictment.

They included two Margate firefighters and a Ventnor police officer.

The seventh person indicted is from West Deptford.

Among those taken in were William Hickman, who was named in a warrant for Dr. James Kauffman when agents came to his Egg Harbor Township office in June 2017.

Hickman, a pharmaceutical representative from Northfield, created a shell company called Boardwalk Medical LLC, according to the warrant, that also said the medications typically cost $10 to blend but were billed as much as $6,000 per dose.

Hickman's wife, Sara, was also led out in handcuffs.

Before Friday, 23 people had pleaded guilty in the case, which included doctors, teachers and firefighters.

Also named in the most recent indictments were Ventnor interim Patrol Sgt. Thomas Schallus, 42;  Brian Pugh, 41, of Absecon, and Margate Firefighters Thomas Sher, 46, of Northfield, and his 37-year-old brother, John Sher of Margate.

Another brother, Michael Sher — also a Margate firefighter — previously pleaded guilty in the case.

Also indicted was  Christopher Broccoli, 47, of West Deptford.

The seven face charges of  conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud.

The Hickmans and Pugh are additionally charged  with conspiracy to commit money

D60



The New — Home of Breaking AC —




Home    News    Weather    Lifestyle    Community Events    Contests & More    Advertise

43°
Sun

*(Kevin C. Shelly contributed to this report.)*

> 6 people led out of the FBI's office in Northfield after surrendering this morning. Indictments in wide reaching prescription fraud investigation involving public employees expected to be unsealed today. @NBCPhiladelphia pic.twitter.com/rEpK62cer9
>
> — Ted Greenberg (@tedgreenbergNBC)
>
> March 15, 2019

**PREVIOUS PLEAS**

Dr. John Gaffney, 55, of Linwood: Margate doctor must forfeit $25,000. Cost: $24.9 million

Michael Sher, 40, of Northfield: Margate firefighter must forfeit $1.7 million. Cost: tbd at sentencing

Mike Pepper, 45, of Northfield: Atlantic City firefighter must forfeit $113,627.54. Cost: $719,000

Richard Erick McAllister, 42, of Ocean City: Pleasantville High School English teacher must forfeit $456,806.23. Cost: $3.4 million

Shawn Sypherd, 46, of Marmora: Middle Township Middle School social studies teacher must forfeit $354,264.06. Cost: $2.4 million

Michael Pilate, 39, of Williamstown: Pleasantville schools counselor must forfeit $392,684.20. Cost: $3.5 million

Matthew Tedesco, 42, of Linwood: Pharmaceutical representative must forfeit $11.1 million. Cost: $28.7 million

Nicholas Tedesco, 44, of Linwood: local candy retailer must forfeit $782,766.56. Cost: $2 million

Tara LaMonaca, 43, of Linwood: Pharmaceutical representative must forfeit $89,855.13. Cost: $530,527

William Hunter, 43, of Sewell: Salesman must forfeit $245,020.08. Cost: $1.3 million

Michael Neopolitan, 49, of Willow Grove, Pa.: Pharmaceutical representative must forfeit $198,617.14. Cost: $762,519

Judd Holt, 42, of Marlton: Pharmaceutical representative must forfeit $95,574.49. Cost: $769,762

George Gavras, 36, of Moorestown: Pharmaceutical representative must forfeit $204,002.02. Cost: $679,368.53



The New  Home of Breaking AC

Search...

Home     News     Weather     Lifestyle     Community Events     Contests & More     Advertise

43°
Sun

Cost: $4.3 million.

Andrew Gerstel, 39, of Galloway Township: Pharmaceutical representative must forfeit $184,389.05. Cost: $483,946

Timothy Frazier, 42, of Galloway Township: Commercial construction estimator must forfeit $145,425. Cost: $801,119

Robert Madonna, 36, of Florida: Former Margate mortgage consultant must forfeit $179,370. Cost: $2.1 million.

Kristie Abbott Masucci, 36, of Cedar Run: Pharmaceutical representative must forfeit amount to be determined at sentencing. Cost: $1.88 million.

James Wildman, 44, of Marmora: Ocean City schools maintenance worker, must forfeit $657,040. Cost: $4.9 million.

Corey Sutor, 37, of Ventnor: Ventnor firefighter, must forfeit $150,397.79. Cost: $2 million.

NEWS REPORTS

22 views

## Recent Posts



**Pleasantville police looki...**


2,511     Write a comment



**Cape man accused in ch...**

998     Write a comment



**Former Atlantic City clu...**

2,595     1







# Two Margate firefighters, Ventnor police officer indicted in prescription fraud scheme

Published by **Nanette LoBiondo Galloway** on March 15, 2019



Pixabay

CAMDEN. – A federal grand jury has returned a 50-count indictment charging seven people with allegedly defrauding New Jersey state health benefits programs and other insurers out of more than $50 million by submitting fraudulent claims for medically unnecessary prescriptions, U.S. Attorney Craig Carpenito announced today. Two of the people indicted today are longtime Margate City firefighters and one is a Ventnor City police officer.

**D63**





with individual acts of health care fraud and wire fraud.

Tom and John Sher are both Margate City firefighters, and Thomas Schallus is a Ventnor City police officer. Pugh is co-owner of Tony's Baltimore Grill.

William and Sara Hickman and Brian Pugh also were charged with conspiracy to commit money laundering and individual acts of money laundering. The defendants are expected to appear later today before U.S. Magistrate Judge Ann Marie Donio in Camden federal court. The case is assigned to U.S. District Judge Robert B. Kugler in Camden.

According to the indictment, from July 2014 through April 2016, the conspirators recruited teachers, firefighters, police officers and state troopers enrolled in the state health benefits program to obtain very expensive and medically unnecessary compounded medications, including pain, scar, anti-fungal, and libido creams, as well as vitamin combinations from a Louisiana pharmacy. The pharmacy benefits administrator would pay prescription drug claims and then bill the State of New Jersey for the amounts paid.

The pharmacy agreed to pay Boardwalk Medical, LLC, a company run by the Hickmans, a percentage of the amount it received for the prescriptions. The Hickmans then had Pugh and other conspirators recruit individuals who had coverage for compounded medications, and those conspirators found additional recruiters, including Schallus, the Sher brothers and  Broccoli, who recruited other public employees covered by the plan to order expensive compounded medications. The conspirators would have prescriptions signed by a doctor who did not examine the patients.

**D64**





The compounding pharmacy was paid $50 million for the medications, and then paid the Hickmans more than $26 million for prescriptions. The Hickmans paid a portion of that amount to Pugh, Schallus, the Sher brothers, Broccoli, and other conspirators.

The health care fraud and wire fraud conspiracy count with which all defendants are charged carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each wire fraud count carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each health care fraud count carries a maximum penalty of 10 years in prison and a $250,000 fine, or twice the gross gain or loss from the offense. The money laundering conspiracy charge carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction. Each charge of monetary transactions in criminally derived property worth more than $10,000 carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction.

The government is represented by Assistant U.S. Attorneys R. David Walk Jr. and Alyson M. Oswald of the U.S. Attorney's Office in Camden and Assistant U.S. Attorney Barbara Ward, Senior Trial Counsel of the Asset Recovery and Money Laundering Unit in Newark.

The charges and allegations contained in the indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

Read the indictment: hickman.indictment_0

**D65**






**DOWNBEACH**

## Beach tags go on sale in the Downbeach area

Beach tags are still not available in Longport at this time, but can be purchased in Margate and Ventnor. The borough has been unable to secure tags due to the coronavirus pandemic. However, officials are

Read more...







DOWNBEACH

## Longport accepting applications for lifeguard tryouts

The Longport Beach Patrol will hold lifeguard tryouts at a date yet to be determined. The date is subject to restrictions imposed by Gov. Phil Murphy's statewide emergency declaration that was extended on May 5

Read more...





DOWNBEACH

## Waterways reopen following Bader Field sewer pipe repair

ATLANTIC CITY – The Atlantic County Health Department and the New Jersey Department of Environmental Protection have officially reopened the waterways surrounding Bader Field to recreational activities following safe water test results in the area. Read more…

© Downbeach.com

f



漢 En

# More charges in $50M state benefits prescription drug probe

By DAVID PORTER , Associated Press, Associated Press
2019/03/16 01:57



A police officer and three firefighters were among seven people indicted this week in an alleged $50 million prescription drug scheme involving public employees, the latest charges in an investigation that has already produced nearly two dozen guilty pleas.

A 50-count indictment unsealed Friday by the U.S. attorney's office in Camden, New Jersey, charged the seven with health care fraud, wire fraud and conspiracy. Twenty-three people already have pleaded guilty in connection with the investigation, according to the U.S. attorney's office.

Named in the indictment were William Hickman, a pharmaceutical sales representative; his wife, Sara Hickman, the founder of a medical supply company; Ventnor police officer Thomas Schallus; brothers John Sher and Thomas Sher, both Margate firefighters; Camden firefighter Christopher Broccoli; and business owner Brian Pugh.

In addition to the conspiracy and fraud charges, which carry maximum penalties of between 10 and 20 years per count, the Hickmans and Pugh were charged with money laundering and money laundering conspiracy.

Michael Sher, brother of John and Thomas Sher and a former firefighter in Margate, was listed in the indictment as a co-conspirator. He pleaded guilty last year.

Court filings didn't list attorneys who could speak for the defendants. They were scheduled to appear in court in Camden on Friday.

According to the indictment, the defendants exploited the fact that some state and local government employees had insurance that covered expensive compound medications such as pain, scar, antifungal and libido creams. Reimbursements ran as high as thousands of dollars for a one-month supply.

Sara Hickman's company, Boardwalk Medical, of Northfield, allegedly was paid a percentage of the amount a Louisiana-based compounding pharmacy, not identified in court papers, received from a state benefits administrator for prescriptions received.

Sara Hickman and William Hickman allegedly paid others, including Pugh, to recruit public-sector employees who would obtain the expensive prescriptions they didn't need, and without seeing a doctor.

John Gaffney, a doctor based in Margate, pleaded guilty in 2017 to health care fraud for signing bogus prescriptions for patients he never saw. He faces up to 10 years in prison and is scheduled to be sentenced in July.

Updated : 2020-05-09 23:56 GMT+08:00

## MOST POPULAR

 US clothing brand confronted by Chinese netizen over Hong Kong's 'country' label

 NZ foreign minister backs Taiwan's entry into WHO, bucks Beijing's bullying

 2 more B-1B bombers patrol NE of Taiwan

 Latest figures on China's coronavirus outbreak

 Wuhan virus finally alters global perceptions of the PRC: William Stanton

 Taiwan to stay closed to foreign visitors until standards set: CECC

 China's Humen Bridge shakes wildly due to high winds

 Historic data indicate a Chinese invasion of Taiwan is easier said than done

 New Zealand 'travel bubble' likely to include Taiwan

 China asked the WHO to cover up the coronavirus outbreak: German intelligence service

About Us    Contact Us                    Taiwan News © 2019 All Rights Reserved.

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 73 of 371 PageID: 641



| WCW HOME | SUBMIT A WIRE! | ADVERTISING | MEDIA PARTNERS | ABOUT | CONTACT US |



| WORKERS COMPENSATION NEWS | FEATURED ARTICLES | LEADERS SPEAK | EDITOR'S FORUM |

PEOPLE ON THE MOVE

# Seven Charged in NJ in $50 Million Compounding Fraud Scheme

MARCH 19, 2019 - WORKCOMPWIRE

Camden, NJ – U.S. Attorney Craig Carpenito recently announced that a federal grand jury has returned a 50-count indictment charging seven people with defrauding New Jersey state health benefits programs and other insurers out of more than $50 million by submitting fraudulent claims for medically unnecessary prescriptions.

William Hickman, Sara Hickman, Thomas Schallus, and Thomas Sherall of Northfield, New Jersey, Brian Pugh of Absecon, New Jersey, John Sher, of Margate City, New Jersey, and Christopher Broccoli, of West Deptford, New Jersey, were all charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud. William and Sara Hickman and Brian Pugh also were charged with conspiracy to commit money laundering and individual acts of money laundering. The defendants are expected to appear later today before U.S. Magistrate Judge Ann Marie Donio in Camden federal court. The case is assigned to U.S. District Judge Robert B. Kugler in Camden.

According to the indictment:

Compounded medications are specialty medications mixed by a pharmacist to meet the specific medical needs of an individual patient. Although compounded drugs are not approved by the Food and Drug Administration (FDA), they are properly prescribed when a physician determines that an

D73

FDA-approved medication does not meet the health needs of a particular patient, such as if a patient is allergic to a dye or other ingredient.

From July 2014 through April 2016, the conspirators recruited individuals in New Jersey to obtain very expensive and medically unnecessary compounded medications from a Louisiana pharmacy, identified in the indictment as the "Compounding Pharmacy." The conspirators learned that certain compound medication prescriptions – including pain, scar, antifungal, and libido creams, as well as vitamin combinations – were reimbursed for thousands of dollars for a one-month supply.

The conspirators also learned that some New Jersey state and local government and education employees, including teachers, firefighters, municipal police officers, and state troopers, had insurance coverage for these particular compound medications, as did some other insurance plans. An entity referred to in the indictment as the "Pharmacy Benefits Administrator" provided pharmacy benefit management services for the State Health Benefits Program, which covers qualified state and local government employees, retirees, and eligible dependents, and the School Employees' Health Benefits Program, which covers qualified local education employees, retirees, and eligible dependents. The Pharmacy Benefits Administrator would pay prescription drug claims and then bill the State of New Jersey for the amounts paid.

The Compounding Pharmacy agreed to pay Boardwalk Medical LLC, a company run by William Hickman and Sara Hickman, a percentage of the amount that the Compounding Pharmacy received for prescriptions obtained by Boardwalk Medical and its associates. The Hickmans then had Pugh and other conspirators recruit individuals who had coverage for compounded medications, and those conspirators found additional recruiters, including Thomas Schallus, John Sher, Thomas Sher, and Christopher Broccoli.

The conspirators recruited public employees covered by the Pharmacy Benefits Administrator to fraudulently obtain compounded medications from the Compounding Pharmacy without any evaluation or determination by a medical professional that the medications were medically necessary. The defendants paid individuals to agree to receive prescription medications from the Compounding Pharmacy. The defendants completed prescriptions for these individuals and selected the most expensive medications with the highest number of refills to obtain the highest possible insurance reimbursement. The conspirators would have prescriptions signed by a doctor who did not examine the patients. The prescriptions were faxed to the Compounding Pharmacy, which filled the prescriptions and billed the Pharmacy Benefits Administrator.

William Hickman paid Dr. John Gaffney to reward him for signing prescriptions. Gaffney previously pleaded guilty to conspiracy to commit health care fraud and admitted taking payments and signing prescriptions for patients he did not see.

**D74**

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 75 of 371 PageID: 643

After the prescriptions were filled, the Compounding Pharmacy paid Boardwalk Medical a percentage of each prescription filled and paid by the Pharmacy Benefits Administrator. The Pharmacy Benefits Administrator paid Compounding Pharmacy over $50 million for compounded medications, and the Compounding Pharmacy paid William Hickman and Sara Hickman over $26 million for prescriptions obtained by the conspiracy. The Hickmans paid a portion of that amount to Pugh, Schallus, John Sher, Thomas Sher, Christopher Broccoli, and other conspirators.

The health care fraud and wire fraud conspiracy count with which all defendants are charged carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each wire fraud count carries a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. Each health care fraud count carries a maximum penalty of 10 years in prison and a $250,000 fine, or twice the gross gain or loss from the offense. The money laundering conspiracy charge carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction. Each charge of monetary transactions in criminally derived property worth more than $10,000 carries a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the value of the property involved in the transaction.

U.S. Attorney Carpenito credited agents of the FBI's Atlantic City Resident Agency, under the direction of Special Agent in Charge Gregory W. Ehrie in Newark, IRS-Criminal Investigation, under the direction of Special Agent in Charge John R. Tafur in Newark, and the U.S. Department of Labor, Office of Inspector General, New York Region, under the direction of Special Agent in Charge Michael C. Mikulka, with the investigation leading to the indictment. He also thanked the Division of Pensions and Financial Transactions in the State Attorney General's Office, under the direction of Attorney General Gurbir S. Grewal and Division Chief Eileen Schlindwein Den Bleyker, for its assistance in the investigation.

The government is represented by Assistant U.S. Attorneys R. David Walk Jr. and Alyson M. Oswald of the U.S. Attorney's Office in Camden and Assistant U.S. Attorney Barbara Ward, Senior Trial Counsel of the Asset Recovery and Money Laundering Unit in Newark.

The charges and allegations contained in the indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

Source: US Attorney's Office

FILED UNDER: INDUSTRY NEWS, TOP STORIES, WORKERS' COMPENSATION

**D75**




**WCC's Collection of COVID-19 information** ✕

**WorkCompCentral** / **News** / Article

# Seven Indicted in $50 Million Compound Cream Scheme

**Tuesday, March 19, 2019** | 👁 1914 | 💬 0 | 14 min read       ⚙ Options

Seven people could face up to 20 years in prison for their alleged role in an elaborate compound medication scheme that defrauded New Jersey health insurers out of $50 million, federal prosecutors said.

The U.S. Attorney for New Jersey **announced** Friday that a grand jury had returned the indictments after an investigation showed that the seven were involved in a plan to recruit patients who had insurance that covered the expensive compound creams and other medications. The scheme then found physicians to prescribe the compounds without seeing the patients and without determining medical necessity, the prosecutor's office said in a bulletin.



A Louisiana-based pharmacy filled the prescriptions, and a pharmacy benefits manager billed the insurance carriers, which included a health plan for New Jersey state employees, prosecutors said.

"The defendants paid individuals to agree to receive prescription medications from the compounding pharmacy," reads the bulletin from U.S. Attorney Craig Carpenito. "The defendants completed prescriptions for these individuals and selected the most expensive medications with the highest number of refills to obtain the highest possible insurance reimbursement."

Those charged were: William Hickman, 42, Sara Hickman, 42, Thomas Schallus, 42 and Thomas Sher, 46, all of Northfield, New Jersey; Brian Pugh, 41, of Absecon, New Jersey; John Sher, 37, of Margate City, New Jersey; and Christopher Broccoli, 47, of West Deptford, New Jersey.

**D76**

https://www.pressofatlanticcity.com/news/top_three/accused-health-care-fraud-ringleaders-ask-judge-to-lift-travel-ban-for-disney-trip/article_fa68d257-0481-5227-90e8-40d884e9737d.html

# Accused health care fraud ringleaders ask judge to lift travel ban for Disney trip

MOLLY BILINSKI Staff Writer
Mar 22, 2019



S. HICKMAN

COLT SHAW / Staff Writer



CAMDEN — The ringleaders of an ongoing $50 million drug compounding fraud case asked a federal judge Thursday to lessen their travel restrictions so they can take their son to Walt Disney World next week.

Sara Hickman, 42, a former teacher, along with her husband, William, 42, a pharmaceutical sales representative, who have both pleaded not guilty in the case, appeared in U.S. District Court in front of Judge Robert B. Kugler.

While arguments were scheduled for 2 p.m. April 5 regarding the conditions of the couple's release including the freezing of their assets, Sara Hickman's attorney, Lee Vartan, asked about a trip to Disney World in Florida that she had planned and already paid for scheduled for next week.

Accused Health care fraud ringleaders ask judge to lift travel | Disney trip | News | pressofatlanticcity.com

"Both Hickmans have known about the investigation for two years," Vartan said, adding that they left the country twice over that time with family and came back each time. "We don't believe they are a flight risk."

The couple also has a planned trip to Puerto Rico over the Easter holiday, and want to go on that trip as well, said Samuel Moulthrop, William Hickman's attorney.

🔗 Who's been charged in prescription fraud case?

While Kugler said there should be a secured bond and doesn't agree with travel outside the country, he's "not opposed" to the Disney trip. Kugler deferred to pre-trial services, who supervise defendants who are released from custody, to make the decisions on the trip.

"If a family has no money for living expenses (because their assets are frozen), they wouldn't be taking a trip like that," Assistant U.S. Attorney R. David Walk Jr. said.

Also during the appearance, where all seven of the co-defendants appeared, the state and the defense spoke about the exchange of evidence in the case, which amounts to in excess of 100,000 documents, which should be started before the next status conference slated for 1:30 p.m. May 29.

**D80**

Prosecutors allege the Hickmans were ringleaders of a local criminal organization authorities said cheated taxpayer-funded public workers' health insurance programs out of more than $50 million.

The seven join a total of 30 people charged in the case since August 2017. Most are from Atlantic County, and the list includes teachers, firefighters, police officers and other public employees along with a doctor and pharmaceutical representatives.

"They are facing the most serious charges in this case," Walk said. "Everything has changed significantly."



TOP ARTICLES    1/3



Are the games with the most complex strategy
the best games?                                    »

The maximum sentence for the conspiracy to commit health care and
wire fraud carries a maximum sentence of 20 years, Walk said, before
adding that he found it "ironic" that the Hickmans have no money for
living expenses, but can afford vacations.

Five other co-defendants who pleaded not guilty in the case last week
also appeared, including:

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and
owner of BP Med 1 LLC

Thomas Schallus, 42, a Ventnor police officer, who was allegedly
recruited by Pugh

Christopher Broccoli, 47, of West Deptford, Gloucester County, a
Camden firefighter

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men
are Margate firefighters and were allegedly recruited by their brother
Michael Sher, another Margate firefighter. Michael Sher has already
pleaded guilty in the case.

Also Thursday, attorneys for Schallus and Thomas Sher scheduled a 4 p.m. Wednesday hearing about lessening the conditions of release that prohibit them from interacting with each other without their attorneys.

"All of these folks live in proximity of each other," John Whipple, Shallus' attorney, said. "These folks can't avoid bumping into each other."

Whipple said it's "almost impossible" to prevent the co-defendants from seeing each other around their communities. The co-defendants' live close to each other, frequent each others businesses and their children interact on sports teams at school, he said.

He said Schallus is the "rules guy" and as a suspended police officer "did not want to run afoul" of the rules.

"I understand this has upended the lives of many people — the likes of which they've never seen before," Kugler said. "All I can do is move this case along as quickly as possible."

Kugler said he understood Whipple's concern, but that he didn't think the defendants would be in violation for "bumping carts at the grocery store."



Officials react to latest round of arrests in prescription fraud case

5/9/2020　Accused health care fraud ringleaders ask judge to lift travel ban | Disney page | News | pressofatlanticcity.com

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 85 of 371 PageID: 653



Seven plead not guilty in prescription fraud case



Ventnor firefighter pleads guilty in health benefits fraud scheme



Ocean City school maintenance worker pleads guilty in health benefits fraud scheme



Health benefits fraud conspirators keep licenses while sentencings delayed



Stafford woman admits role in state health benefits fraud scheme



Ex-Margate mortgage consultant pleads guilty in ongoing health benefits fraud case



Kauffman warrant reveals compounding, blood testing fraud

**D91**



Federal sentencings delayed to November for health benefits fraud case



Sentencings in compounding case delayed; attorneys say that's typical



Linwood woman pleads guilty in health benefits fraud scheme



Federal sentencing delayed again in health benefits fraud case



Pleasantville High School teacher pleads guilty in state health benefits fraud

D96



Margate firefighter admits role in $50M state health benefits fraud scheme



How the $50M health benefits fraud scheme punishes consumers

Alleged health benefits fraud ringleader can go to Disney, judge rules

**D99**

Celebrate Easter with these local events

Court date for prescription fraud case postponed

Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

**D101**

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 102 of 371 PageID: 670



**D102**

https://www.pressofatlanticcity.com/news/crime/faq-health-benefits-fraud/article_d392902f-062f-5bf3-bfe5-5e92c6cdd605.html

# FAQ: Health benefits fraud

Claire Lowe

Mar 22, 2019



Thomas Schallus, 42, of Northfield, is charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud.

COLT SHAW Staff Writer

The arrests last week of seven area residents, who all pleaded not guilty, in the ongoing federal investigation into health benefits fraud has brought renewed attention to the case that has seen 23 South Jersey residents plead guilty since 2017.

In his plea agreement with the government, Margate physician Dr. John Gaffney admitted writing phony prescriptions for at least 200 public employees.

Federal subpoenas issued to the cities of Ventnor, Margate and Atlantic City, as well as the Margate School District and Mainland Regional High School, between June and August 2017 requested listings of all police, fire and city employees using Express Scripts, Medco and/or NJ Direct, the state's health insurance plan. Medco was acquired by Express Scripts in 2013.

The two companies are examples of "pharmacy benefits managers" and essentially are the middlemen between insurance companies and pharmacies.



Officials react to latest round of arrests in prescription fraud case

## What is the scheme?

Prosecutors say the local scheme was the result of a group of pharmacy sales reps, doctors and public health employees working together to defraud the benefits plans.

Doctors allegedly wrote unnecessary prescriptions for specially mixed creams to their patients, who were public employees and part of the state's health insurance benefits program.

The prescriptions were for libido, pain or vitamin creams. The patients numbered in the hundreds. But the common thread was that they all went to one pharmacy in Louisiana, which filled them and billed New Jersey

$50 million. Of that money, prosecutors say $26 million went back to a company formed in Northfield.

The recruiters, allegedly led by William and Sara Hickman, of Northfield, had the public employees fill the prescriptions through the Louisiana pharmacy, and the participants in the scheme would receive kickbacks from the pharmacy.



Health benefits fraud conspirators keep licenses while sentencings delayed

## What is drug compounding, and is it legal?



Are the games with the most complex strategy the best games? »

Yes, it is legal.

Drug compounding is a process in which a pharmacist or doctor alters or mixes ingredients into a custom drug to fit the needs of a patient, according to the U.S. Food and Drug Administration.

D107

Although the process is legal, it's not without controversy. Efforts to make the drugs subject to FDA approval followed sickening and injuries that stemmed from unsafe compound medications.

But for some people, the compounding of a specially mixed drug is their only solution. People may require compounded medication due to allergies to specific ingredients in the commercial drug manufacturing process, or to create a specific application or dosage, said Keith Hartman, owner of the Egg Harbor Township compounding pharmacy Curexa.



Kauffman warrant reveals compounding, blood testing fraud

## Then why are compounding drugs being targeted?

Compounded medications, which are unregulated by the FDA, are legal and pharmacies can receive large payouts from insurers for the often expensive medications, which contributes to the abuse, said Michael Barnett, a professor of management and global business at Rutgers University and a fellow with the Institute of Ethical Leadership at the school.

## Why target the state health benefits plans?

Louis Saccoccio, CEO of the National Health Care Anti-Fraud Association, said similar schemes have been committed using other large health benefits systems because of the vulnerability due to the amount of claims that come in and the fact they are processed online.

— Claire Lowe and Colt Shaw



Federal sentencings delayed to November for health benefits fraud case



Sentencings in compounding case delayed; attorneys say that's typical



How the $50M health benefits fraud scheme punishes consumers



Alleged health benefits fraud ringleader can go to Disney, judge rules



Alleged health benefits fraud ringleader to appear in court Friday



**D113**

Alleged health benefits fraud ringleaders ordered to post bond



Residents charged in ongoing fraud case were hiding in plain sight

**D114**



Another former Ventnor firefighter admits role in state health benefits fraud

**D115**



Prescription fraud case defendants to appear in U.S. District Court



Attorneys in prescription fraud case get more time to review evidence

# Claire Lowe

Staff Writer

I began covering South Jersey in 2008 after graduating from Rowan University with a degree in journalism. I joined The Press in 2015. In 2013, I was awarded a NJPA award for feature writing as a reporter for The Current of Hamilton Township.

**D117**

Alleged leader in $50M prescription fraud case can go to Disney World, judge rules



The New **- Home of Breaking AC**



Search...

Home     News     Weather     Lifestyle     Community Events     Contests & More     Advertise

43°
Sun

See News Happening?
Let us know!
News@SJNtv.com

 Michelle Dawn Mooney ☑ · Mar 26, 2019 · 2 min read     ⋮

# Alleged leader in $50M prescription fraud case can go to Disney World, judge rules

What's Sara Hickman going to do now that she's charged with leading a multi-million dollar health care benefits fraud ring?

She's going to Disney World.

Hickman, 42, of Northfield, allegedly ran the shell company that allowed her and her husband, William, and others to defraud public health care benefits of about $50 million.

This week, District Judge Robert Kugler ruled that Sara Hickman could take the couple's 5-year-old on a preplanned trip to Orlando, Florida, "for the purpose of visiting Disneyworld and other amusement venues in the Orlando area," he wrote.

Kugler denied an application by the couple for a separate trip to Puerto Rico.

The judge also postponed the Hickmans' payment of $100,000 bond each for their freedom until April 5, when he scheduled oral arguments about releasing certain assets of the couple that their attorneys argue are "untainted" by the allegations.

The couple has three children, ages 11, 9 and 5.

"The only significant unrestrained cash assets are Roth IRAs that cannot be accessed without penalty and checking accounts with limited funds that need to be used for immediate living expenses," their attorneys noted in a joint letter submitted to the judge earlier this month.

The next status conference in the case is set for May 29.

_____

*Photo courtesy of NBC-10*



The New **Home of Breaking AC** 

Search...

Home    News    Weather    Lifestyle    Community Events    Contests & More    Advertise

43°
Sun

fraud

Seven people have been indicted in a drug-compounding scheme that bilked millions from public health care benefits.Six Atlantic County residents were led out of the FBI's Northfield office Friday morning after surrendering on the charges contained in a 50-count indictment.They included two Margate firefighters and a Ventnor police officer.The seventh person indicted is from West…

NEWS REPORTS

15 views

## Recent Posts





**Pleasantville police looki...**

2,516    Write a comment





**Cape man accused in ch...**

999    Write a comment





**Former Atlantic City clu...**

2,595    1

Log in to leave a comment.

ADVERTISEMENT

# South Jersey teacher, salesman, plead guilty in Shore health benefits scam

by **Amy S. Rosenberg**, Posted: March 26, 2018



AMY ROSENBERG



A Pleasantville High School teacher and a Sewell salesman on Monday became the 17th and 18th men to p guilty in U.S. District Court in Camden to participating in a multimillion-dollar New Jersey state health benefits fraud that authorities allege ensnared hundreds of police, firefighters, teachers and other public employees in Shore communities.

William Hunter, 43, who works for an industrial equipment company, and Richard McAllister, 42, a teach who resides in Ocean City, both pleaded guilty to "submitting fraudulent claims for medically unnecessar prescriptions," according to a joint news release from U.S. Attorney Craig Carpenito and state Attorney General Gurbir S. Grewal.

The guilty pleas took place Monday morning before U.S. District Judge Robert B. Kugler. As with the 16 previous guilty pleas, both men were charged with conspiracy to commit health care fraud.

© 2020 The Philadelphia Inquirer, LLC

**D120**

The pleas are part of a wide-ranging conspiracy that authorities say resulted in as much as $50 million in improper insurance payments from the New Jersey Health Benefits Program, which covers state and local government employees, retirees, and eligible dependents, and the School Employees' Health Benefits Program, which covers teachers, school employees, retirees, and eligible dependents.



ADVERTISEMENT

"The amounts paid for the prescription drug claims were billed to the State of New Jersey," the release no

Authorities have said that numerous Shore communities could be impacted by the unraveling conspiracy before authorities are finished with their investigation and prosecutions.

**INQUIRER MORNING NEWSLETTER**

Get the news you need to start your day

| your@email.com | Sign Up |

Both Hunter and McAllister were described as "recruiters" in the scheme, one level down the chain from people who directly received kickbacks from the still-unidentified out-of-state pharmacy that filled the prescriptions for the expensive compounded medicines, including scar, pain, antifungal and libido cream and passed along a percentage of the reimbursements.

Hunter and McAllister admitted receiving a percentage of those kickbacks in exchange for referring peop with the right insurance plans, and also to passing along a percentage of what they collected to those they recruited, according to the criminal information filed along with the guilty pleas.

Hunter received $245,020.08 in criminal proceeds that he has agreed to forfeit, and was ordered to pay restitution of at least $1.3 million. McAllister's proceeds were calculated at $456,806.23, also subject to forfeiture. The judge ordered him to pay restitution of at least $3.4 million.

McAllister  is an English teacher at Pleasantville and also served as head baseball coach, according to sch board records posted online. "He hasn't resigned and he hasn't received any formal notice from the distric his attorney, Edward Borden, said. He declined to comment further.

A Pleasantville guidance counselor previously pleaded guilty in the scheme.

© 2020 The Philadelphia Inquirer, LLC

D121

At a previous plea hearing, the judge issued a warning to those awaiting sentencing to fully account for the money they received in financial disclosure forms.

"I"m putting everyone on notice," Kugler said at the hearing earlier this month. "I expect to hear how they received it, what they did with it, and where it is now."

Sixteen other men, including ringleader Matthew Tedesco, Atlantic City Firefighter Michael Pepper, and Margate Firefighter Michael Sher, have pleaded guilty. Tedesco and Pepper will be sentenced July 17. Those defendants still face a maximum penalty of 10 years in prison and a $250,000 fine.

Both defendants who pleaded guilty Monday face a maximum potential penalty of 10 years in prison and a $250,000 fine, or twice the gross gain or loss from the offense. Sentencing for both defendants is scheduled for July 18.

Posted: March 26, 2018 - 1:15 PM

 **Amy S. Rosenberg** | **@amysrosenberg** | **arosenberg@inquirer.com**



**💬 View Comments**

© 2020 The Philadelphia Inquirer, LLC

**D122**

| TWITTER | FACEBOOK | INSTAGRAM |

## NEWS & INFO

News / Sports / Entertainment / Business / Health / Food / Life / Opinion / Archives / Special Reports

## ABOUT US

About The Philadelphia Inquirer / Advertise / Contact Us / Licensing & Permissions / Photo Reprints / Newspapers in Education /
Jobs & Internships / Inquirer Events / Acel Moore Workshops / Newsroom Staff

## MARKETPLACE

Inquirer Store / Find a Home / Job Listings / Special Sections / All Classifieds / Gift Subscriptions

## MOBILE APPS

Inquirer News / Philly Sports Now





THE INQUIRER

Subscribe

THE DAILY NEWS

Subscribe

**D123**







# Residents charged in ongoing fraud case were hiding in plain sight

**April 08, 2019,** Northfield, NJ — Two years ago, William Hickman, a dedicated volunteer in Northfield youth baseball, took a step back from the league.

He told other coaches he needed to "step aside for the betterment of the league," former Northfield Little League President Jason Yard said, without providing any more explanation.

On March 15, Hickman was led out of the FBI field office in Northfield in handcuffs, his head down. His wife, Sara, followed soon after. The two were charged by prosecutors as the alleged ringleaders in an ongoing $50 million prescription fraud scheme running from July 2014 to April 2016.

The Hickmans are accused of contributing to a pyramid of fraud in which public employees were recruited to secure prescriptions for expensive and medically unnecessary medications in exchange for kickbacks.

Many of the 30 South Jersey residents charged in the case were active,

D124

contributing members of their communities. They held public jobs. They coached youth sports. They were siblings, spouses, friends. And their reputations as pillars of the community seem to have withstood the allegations.

What allows white-collar crime to take root, and to proliferate, in an otherwise unassuming environment?

The Sher brothers, three of whom were charged in the case, were not easily pegged as would-be criminals, and those who knew them were caught off guard by investigators' allegations.

"It's quite a shock to see somebody that you hang out with a couple times a month, to know that they were involved in something like this, and it's disappointing," Yard said. "From our organization's perspective, they are adults, they made a decision, they have to face any consequences that they are faced with."

Even friends were thrown off.

"I happen to be very close with a lot of these people on a personal standpoint," said Chuck Hackett, the current president of Northfield Little League. "(They are) good people. Sounds like they just got caught up in a bad situation."

J.C. Lore, a clinical professor of law at Rutgers Law School in Camden, said the status of white-collar criminals can buffer suspicion.

"To a certain extent, with white-collar crimes, sometimes they are relatively successful people and they are in positions of trust," Lore said. "They are given a lot of trust, which makes their crime not so easy to detect, and they, generally, have earned that position they are in through some type of hard work and success, and it sometimes makes them feel invincible."

The Sher brothers, in particular, were very active in their community, including coaching youth sports. Yard said they would be the first people to respond to a call for volunteers and the last people on the field after an event.

"Outside of the crime, which is a white-collar crime and is horrible, however you want to portray it, they're actually good people when it comes to the children," Yard said. "They're very good people."

Hickman, Thomas Schallus, Thomas Sher and Richard Zappala were all coaches in the league and have all been charged in the case.

D125

"We were very surprised once the information came out regarding the whole scandal," Yard said.

Some were specifically singled out for their community contributions.

In 2016, in his last year as president of the Family Association of Northfield, Thomas Sher was honored by the Mainland Regional Education Foundation with the Community Counts! Difference Maker Award for his work with youth athletics in the area.

"Although this is Tom's last year as FAN president," the pamphlet for the event states, "he will continue to lead and teach our children to become better competitors and good young people for years to come."

Thomas Sher made about $98,000 a year as a Margate firefighter, and John Sher made more than $102,000. Schallus made just shy of $120,000 a year as a Ventnor police officer.

Lore said hubris among alleged perpetrators of white-collar crime is not uncommon.

"The thing with white-collar criminals is there's a combination of greed and the belief that they aren't going to get caught," Lore said. "Frequently, they're right. There's not nearly as much enforcement in sort of white-collar arena than there is for street-level crimes."

Beyond that, he said, middle-class and upper-middle-class white professionals are afforded a benefit of the doubt others are not.

"I think that's culturally our misperception of crime. We think that crime is only driven by the inner cities or people that live in poverty," Lore said. "That's not true. It happens all the time in other ways. It's just people aren't looking as closely. It's privilege."

For some, the veneer of an idyllic family life provided cover.

John, Thomas and Michael Sher have been charged in the case, with Michael pleading guilty in March of last year. In addition to the three brothers, a fourth may be called as a witness in the case, officials said. The brothers, three of whom live within blocks of each other in Northfield, are grappling with their conditions of release.

At John and Thomas Sher's arraignment March 15, John's attorney Jerome Ballarotto argued against a bail condition barring the brothers from meeting

with each other without a lawyer or parent present. He said the family is "very religious" and "very close."

On March 27, at a hearing to again contest the condition, Michael Sher's attorney, William Hughes, said the family had a lot of kids and relied on each other for childcare.

The prosecutor on the case, David Walk, asked why people accused of a crime should be permitted to meet with potential witnesses.

Judge Robert Kugler ruled in the family's favor.

Those who have followed the case since the beginning, including the arrests of noted professionals like Dr. James Kauffman, will not be moved by the contrast between defendants' personal lives and the allegations leveled against them.

Longtime defense attorney Lloyd Levenson, a former Atlantic County chief assistant prosecutor, said from a legal perspective, the size of the compounding fraud ring in South Jersey was unique. As a resident, he said it was disappointing to know how much money was stolen. But even more troubling is the rarity of someone from the area held in as high esteem in the community as Kauffman — who has been tied to the case but was not charged before his suicide in January 2018 — being involved in so many illegal activities, he said.

"It doesn't come along that often, but certainly there are people who live their lives trying to beat the system," Levenson said, "and not only focused on one way to beat the system but on multiple ways to beat the system. And most often they get caught."

*Source: Press of Atlantic City*

< Back to stories list


Coalition Against
Insurance Fraud

Contact

Coalition Against Insurance Fraud
1012 14th St. NW Suite 1105
Washington, D.C. 20005
202-393-7330
info@insurancefraud.org

## Connect

**RSS** →

Newsletter signup

https://www.pressofatlanticcity.com/news/crime/residents-charged-in-ongoing-fraud-case-were-hiding-in-plain-sight/article_a275b4ff-cda1-55f4-83a4-914a86d3bbc0.html

PRESCRIPTION FRAUD CASE

# Residents charged in ongoing fraud case were hiding in plain sight

MOLLY BILINSKI & COLT SHAW Staff Writer
Apr 8, 2019

**D129**



In this combination of two photos, William and Sara Hickman are escorted out of the FBI office in Northfield on March 15, 2019, after being charged with participating in the ongoing health benefits fraud scheme.

Press archives

Two years ago, William Hickman, a dedicated volunteer in Northfield youth baseball, took a step back from the league.

He told other coaches he needed to "step aside for the betterment of the league," former Northfield Little League President Jason Yard said, without providing any more explanation.

On March 15, Hickman was led out of the FBI field office in Northfield in handcuffs, his head down. His wife, Sara, followed soon after. The two were charged by prosecutors as the alleged ringleaders in an ongoing $50 million prescription fraud scheme running from July 2014 to April 2016.

D130

The Hickmans are accused of contributing to a pyramid of fraud in which public employees were recruited to secure prescriptions for expensive and medically unnecessary medications in exchange for kickbacks.

Many of the 30 South Jersey residents charged in the case were active, contributing members of their communities. They held public jobs. They coached youth sports. They were siblings, spouses, friends. And their reputations as pillars of the community seem to have withstood the allegations.

☐ Who's been charged in prescription fraud case?

What allows white-collar crime to take root, and to proliferate, in an otherwise unassuming environment?

The Sher brothers, three of whom were charged in the case, were not easily pegged as would-be criminals, and those who knew them were caught off guard by investigators' allegations.

"It's quite a shock to see somebody that you hang out with a couple times a month, to know that they were involved in something like this, and it's disappointing," Yard said. "From our organization's perspective, they are adults, they made a decision, they have to face any consequences that they are faced with."

Even friends were thrown off.

"I happen to be very close with a lot of these people on a personal standpoint," said Chuck Hackett, the current president of Northfield Little League. "(They are) good people. Sounds like they just got caught up in a bad situation."

J.C. Lore, a clinical professor of law at Rutgers Law School in Camden, said the status of white-collar criminals can buffer suspicion.

"To a certain extent, with white-collar crimes, sometimes they are relatively successful people and they are in positions of trust," Lore said. "They are given a lot of trust, which makes their crime not so easy to detect, and they, generally, have earned that position they are in through some type of hard work and success, and it sometimes makes them feel invincible."

The Sher brothers, in particular, were very active in their community, including coaching youth sports. Yard said they would be the first people to respond to a call for volunteers and the last people on the field after an event.

"Outside of the crime, which is a white-collar crime and is horrible, however you want to portray it, they're actually good people when it comes to the children," Yard said. "They're very good people."

Hickman, Thomas Schallus, Thomas Sher and Richard Zappala were all coaches in the league and have all been charged in the case.

"We were very surprised once the information came out regarding the whole scandal," Yard said.

Some were specifically singled out for their community contributions.

In 2016, in his last year as president of the Family Association of Northfield, Thomas Sher was honored by the Mainland Regional Education Foundation with the Community Counts! Difference Maker Award for his work with youth athletics in the area.

**D133**

"Although this is Tom's last year as FAN president," the pamphlet for the event states, "he will continue to lead and teach our children to become better competitors and good young people for years to come."

Thomas Sher made about $98,000 a year as a Margate firefighter, and John Sher made more than $102,000. Schallus made just shy of $120,000 a year as a Ventnor police officer.

Lore said hubris among alleged perpetrators of white-collar crime is not uncommon.

"The thing with white-collar criminals is there's a combination of greed and the belief that they aren't going to get caught," Lore said. "Frequently, they're right. There's not nearly as much enforcement in sort of white-collar arena than there is for street-level crimes."

Beyond that, he said, middle-class and upper-middle-class white professionals are afforded a benefit of the doubt others are not.

"I think that's culturally our misperception of crime. We think that crime is only driven by the inner cities or people that live in poverty," Lore said. "That's not true. It happens all the time in other ways. It's just people aren't looking as closely. It's privilege."

For some, the veneer of an idyllic family life provided cover.

John, Thomas and Michael Sher have been charged in the case, with Michael pleading guilty in March of last year. In addition to the three brothers, a fourth may be called as a witness in the case, officials said.

**D134**

The brothers, three of whom live within blocks of each other in Northfield, are grappling with their conditions of release.

At John and Thomas Sher's arraignment March 15, John's attorney Jerome Ballarotto argued against a bail condition barring the brothers from meeting with each other without a lawyer or parent present. He said the family is "very religious" and "very close."

On March 27, at a hearing to again contest the condition, Michael Sher's attorney, William Hughes, said the family had a lot of kids and relied on each other for childcare.

The prosecutor on the case, David Walk, asked why people accused of a crime should be permitted to meet with potential witnesses.

Judge Robert Kugler ruled in the family's favor.

Those who have followed the case since the beginning, including the arrests of noted professionals like Dr. James Kauffman, will not be moved by the contrast between defendants' personal lives and the allegations leveled against them.

Longtime defense attorney Lloyd Levenson, a former Atlantic County chief assistant prosecutor, said from a legal perspective, the size of the compounding fraud ring in South Jersey was unique. As a resident, he said it was disappointing to know how much money was stolen. But even more troubling is the rarity of someone from the area held in as high esteem in the community as Kauffman — who has been tied to the case but was not charged before his suicide in January 2018 — being involved in so many illegal activities, he said.

"It doesn't come along that often, but certainly there are people who live their lives trying to beat the system," Levenson said, "and not only focused on one way to beat the system but on multiple ways to beat the system. And most often they get caught."

# A timeline of prescription fraud in South Jersey





*Staff Writer Claire Lowe contributed to this report.*

---

**Contact:** 609-272-7241 mbilinski@pressofac.com Twitter @ACPressMollyB



Judge rules Sher brothers can meet without lawyer in prescription fraud case



Kauffman 'crime spree' lives on through local health benefits fraud case

**D138**



Alleged health benefits fraud ringleader can go to Disney, judge rules



D139

How the $50M health benefits fraud scheme punishes consumers

FAQ: Health benefits fraud

**D140**

Alleged health benefits fraud ringleader to appear in court Friday

Police are cracking down on distracted driving in Atlantic, Cape May counties

Atlantic City police arrest one, seek one in robbery

Atlantic City police arrest 12 in drug sting

Margate, Middle Township receive transit grants

Another former Ventnor firefighter admits role in state health benefits fraud

Faith in government, justice at stake in prescription fraud punishment

Residents charged in ongoing fraud case were hiding in plain sight | Press of Atlantic City



AC firefighter union, state get more time to negotiate promotions

**D147**

2 men charged with DWI in Middle after 2 accidents in chaotic Friday night

Prescription fraud case defendants to appear in U.S. District Court

Attorneys in prescription fraud case get more time to review evidence

Morris County man pleads guilty to pharmaceutical fraud

Stafford Township woman first sentenced in prescription fraud case

Attorneys in pharmaceutical fraud case request more time to analyze 500K documents



2 doctors, 3 associates charged in ongoing health benefits fraud case

Sentencings delayed again in prescription fraud case

**D155**

Court date for prescription fraud case postponed

Prescription fraud case defendants to appear in U.S. District Court

Trial date set for prescription fraud case

**D158**

Prescription fraud case hearing held virtually amid COVID-19; next date set

## MORE INFORMATION

**D159**



+8

Atlantic County Sheriff's Office's 8 Most Wanted Criminals

## Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

https://www.pressofatlanticcity.com/news/crime/prescription_fraud/prescription-fraud-case-defendants-to-appear-in-u-s-district-court/article_08465eb3-70e9-5b95-9e0d-1912f458595d.html

# Prescription fraud case defendants to appear in U.S. District Court

MOLLY BILINSKI Staff Writer

Jun 18, 2019

D161



In this combination of two photos, William and Sara Hickman are escorted out of the FBI office in Northfield on March 15, 2019, after being charged with participating in the ongoing health benefits fraud scheme.

Press archives

CAMDEN — Seven South Jersey residents charged in an ongoing $50 million compounding medication fraud case are slated to appear in court Tuesday.

Originally slated for Wednesday, a status conference in U.S. District Court has been moved to 11 a.m. Tuesday before Judge Robert B. Kugler, according to court records.

# in South Jersey





April    May    June    July    Aug.    Sept.    Oct.    Nov.    Dec.    Feb.

2018

Timeline JS

Those charged include:

William Hickman, 42, a pharmaceutical sales representative, and his wife, Sara, 42, of Northfield.

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC.



TOP ARTICLES    1/3

Are the games with the most complex strategy the best games?

Thomas Schallus, 42, a Ventnor police officer, who was allegedly recruited by Pugh.

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter.

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men, Margate firefighters, were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher pleaded guilty in the case earlier.

All seven have pleaded not guilty. A total of about 30 people charged in the case since August 2017.

🖹 FAQ: Health benefits fraud

**Contact:** 609-272-7241

mbilinski@pressofac.com

Twitter @ACPressMollyB



Residents charged in ongoing fraud case were hiding in plain sight



Alleged health benefits fraud ringleaders ordered to post bond



Judge rules Sher brothers can meet without lawyer in prescription fraud case



Another former Ventnor firefighter admits role in state health benefits fraud



License revoked for former Pleasantville teacher involved in health care fraud

**D168**



Alleged health benefits fraud ringleader can go to Disney, judge rules



How the $50M health benefits fraud scheme punishes consumers



Millville man held for court in father's murder

Suspect sought in North Wildwood sex assault

Case 1:19-cr-00191-RBK  Document 115-2  Filed 05/13/20  Page 172 of 371 PageID: 740

📷 +6

Car crashes in marsh after leaving White Horse Pike

Students sticker liquor for substance abuse awareness in Ventnor

Morris County man pleads guilty to pharmaceutical fraud

Stafford Township woman first sentenced in prescription fraud case

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 175 of 371 PageID: 743



Attorneys in pharmaceutical fraud case request more time to analyze 500K documents

**D175**

Court date for prescription fraud case postponed

Case 1:19-cr-00198-RBK Document 115-2 Filed 05/12/20 Page 177 of 371 PageID: 745



Prescription fraud case defendants to appear in U.S. District Court

---

## Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

Case 1:19-cr-00191-RBK  Document 115-2  Filed 05/12/20  Page 178 of 371 PageID: 746

https://www.pressofatlanticcity.com/news/crime/attorneys-in-prescription-fraud-case-get-more-time-to-review-evidence/article_d755d269-7d71-5d8a-b7a9-109ccd16843d.html

# Attorneys in prescription fraud case get more time to review evidence

MOLLY BILINSKI Staff Writer
Jun 18, 2019

D179



In this combination of two photos, William and Sara Hickman are escorted out of the FBI office in Northfield on March 15, 2019, after being charged with participating in the ongoing health benefits fraud scheme.

Press archives

# A timeline of prescription fraud in South Jersey

Select timeline for archive story



**2017**   **2018**   **2019**



•FAQ

•Who's been charged?

•Latest Kauffman update

## Oct. 28, 2019

# Firefighters who admitted to health benefits fraud have withdrawn pension contributions



Four local firefighters who pleaded guilty in the federal investigation into state health benefits fraud have withdrawn their pension contributions, state records show.

CAMDEN — A U.S. District judge granted a continuance Tuesday morning for attorneys representing the seven South Jersey co-defendants charged as part of a more than $50 million health care benefits fraud scheme to allow them time to review the extensive discovery in the case.

The handful of defense attorneys, as well as Assistant U.S. Attorney R. David Walk Jr., agreed to schedule the next court hearing in 90 days.

"Given the volume, it has taken and will take a considerable amount of time to process and review the material," Walk said, adding evidence includes about 28 gigabytes of data with more than 110,000 documents and more than 500,000 pages. "At the end of that period, we are hopeful we can map out a schedule for pretrial motions."

The next court appearance is slated for 3 p.m. Sept. 24.

[⧉] Who's been charged in prescription fraud case?

Only two of the co-defendants were present in court, William Hickman, 42, a pharmaceutical sales representative, and Thomas Schallus, 42, a Ventnor police officer. Attorneys for the other defendants waived their clients' appearances.

Hickman's lawyer, Samuel Moulthrop, said the process of going through the evidence has been "slow."

**D183**

Case 1:19-cr-00191-RBK    Document 115-2    Filed 05/12/20    Page 184 of 371 PageID: 752

"There's a tremendous amount of material to review. There's just a lot to get a handle on," Moulthrop said. "We're not going to be in a position to know what we have until September."

Moulthrop also said he has raised some issues with Walk so far, but they're "not yet ripe" to talk about in court.

Prosecutors allege William Hickman and his wife, Sara, were major figures in a local criminal organization authorities said contributed to a pyramid of fraud in which public employees were recruited to secure prescriptions for expensive, medically unnecessary medications in exchange for kickbacks, cheating taxpayer-funded public workers' health insurance programs.



TOP ARTICLES    2/3

**D184**



Cronick's Couch: Latest 'Terminator' movie revives the series »



Another former Ventnor firefighter admits role in state health benefits fraud

D185

In addition to Hickman and Schallus, those who have pleaded not guilty include:

Sara Hickman, 42, of Northfield, a former charter school teacher

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate, both Margate firefighters

More than 30 people have been charged in the case since August 2017. Most are from Atlantic County, and the list includes teachers, firefighters, police officers and other public employees, along with a doctor and pharmaceutical representatives.

Conviction of conspiracy to commit health care and wire fraud carries a maximum of 20 years in prison.

Since the defendants' last court appearance in April, a former Ventnor firefighter pleaded guilty in federal court in the case, joining 23 others who have accepted plea agreements.

Edward Sutor Jr., 36, of Linwood, admitted to receiving $335,552 for his role in the scheme. He faces up to 10 years in prison and a fine of $250,000.

Attorneys in prescription fraud case get more time to review evidence | Crime | pressofatlanticcity.com

---

**Contact:** 609-272-7241 mbilinski@pressofac.com Twitter @ACPressMollyB



Residents charged in ongoing fraud case were hiding in plain sight

D187



Alleged health benefits fraud ringleader can go to Disney, judge rules

D188



FAQ: Health benefits fraud



Atlantic City teen charged with attempted murder in Saturday night shooting



AC woman charged with drinking, crashing into parked car with child in backseat


+2

Students sticker liquor for substance abuse awareness in Ventnor



Morris County man pleads guilty to pharmaceutical fraud



Stafford Township woman first sentenced in prescription fraud case



## Attorneys in pharmaceutical fraud case request more time to analyze 500K documents



2 doctors, 3 associates charged in ongoing health benefits fraud case

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 196 of 371 PageID: 764



Sentencings delayed again in prescription fraud case

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 197 of 371 PageID: 765



Court date for prescription fraud case postponed



Prescription fraud case defendants to appear in U.S. District Court



Trial date set for prescription fraud case



Prescription fraud case hearing held virtually amid COVID-19; next date set

---

## Molly Bilinski
Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

Unlimited Access | Lo

# Ocean County mom gets 24 months in prison for role in vast Shore prescription drug ring after emotional hearing

**by Amy S. Rosenberg**, Updated: August 20, 2019



AMY ROSENBERG / STAFF

After sobbing for hours and begging the judge to show leniency on behalf of her three young children, Kris
Masucci, a former pharmaceutical representative who helped concoct a vast prescription-drug fraud sche
using public employees with state health benefits, was sentenced Tuesday to 24 months in federal prison

"I'm ashamed and embarrassed," Masucci told U.S. District Judge Robert B. Kugler in Camden before bein
sentenced. "This has left me feeling completely broken."

**RELATED STORIES**

- **'Nobody should be comfortable.' Shore prescription probe closing in on targets large and small**
- **Firefighters, cop, pizzeria owner among 7 arrested in Jersey Shore drug fraud ring with ties to James Kauffman**

She is the first to be sentenced out of 21 people who have pleaded guilty to health-care fraud in a $50 milli
conspiracy that allegedly involved hundreds of Shore teachers, firefighters, police officers, and others wit
state health plans who submitted fraudulent claims for expensive compounded medicines.

She must make restitution of $1.8 million and forfeit $338,000 to compensate for what she personally ear
She will serve three years of supervised release after the prison sentence, the judge said.

© 2020 The Philadelphia Inquirer, LLC

**D201**

"Let's remember, we're talking about vitamins," Kugler said as the five-hour hearing came to a close, reje[...] pleas to sentence Masucci to home confinement. "We're talking about ointments. These are things that ha[...] minimal-at-best medical value. What the products had was financial value.

"The whole thing is tragic," Kugler said. "People's families get destroyed. There is more than one victim i[...] case. Her children are also victims. But that's her doing."

---

**INQUIRER MORNING NEWSLETTER**

Get the news you need to start your day

| your@email.com | **Sign Up** |

Prosecutors said that from January 2015 through February 2016, Masucci, 37, of Cedar Run, Ocean Count[...] was "in the middle of a vast conspiracy" that defrauded the State of New Jersey of about $50 million paid [...] reimbursements to public employees.

In addition, several others, including alleged ringleaders William and Sara Hickman of Northfield, N.J., w[...] indicted this year and have pleaded not guilty.

Masucci was described in court as a recruiter who established her own sales force, set up a separate bank [...] account — the "KLM" account — paid taxes on about $388,000 in commissions she received as part of the [...] scheme, and used the rest of the money to buy an empty lot next to her home, build a new house, and buy a[...] boat.

"She was in on it from the start," said Assistant U.S. Attorney R. David Walk Jr. "She helped [another alleg[...] ringleader, Matthew] Tedesco to develop the scheme. And she knew it was fraudulent.

"She went out and constructed a sales force of people," Walk said. He said she received about 25% in commission on the prescription drugs for the compounded medicines, some of which were reimbursed fo[...] much as $19,000 by the state health benefit plan.

"Her conduct lasted a long time," Walk said. "It was pervasive."

He noted that Masucci worked directly with both Tedesco and John Gaffney, a Margate physician who sig[...] numerous fraudulent prescriptions and has also pleaded guilty. She and her husband began by submitting prescriptions for themselves that were signed by Gaffney. She then oversaw prescriptions that brought $[...] million in reimbursements, Walk said.

Masucci's attorney, Amy Luria, argued that about $700,000 of that total was reimbursements paid for prescriptions from people who obtained them after seeing their own physicians and presumably used the[...] medicines legitimately. The judge considered deducting that amount from the total — giving Masucci the [...] benefit of the doubt, he said, and possibly lessening her sentence — but declined to do so.

---

https://www.inquirer.com/news/new-jersey/shore-prescription-drug-scheme-fraud-sentence-kristie-masucci-20190820.html
© 2020 The Philadelphia Inquirer, LLC

In pronouncing sentence, the judge cited a "need for general deterrence" of health-care fraud. He did devi
from a possible sentence of up to 46 months, citing her remorse and family considerations. She and her
husband, Michael, said their middle son, 5, suffers from severe gastrointestinal disease and is considered
fragile. They feared how the children would fare in their mother's absence.

She described herself in court as someone who had never done anything wrong until this case: a good athl
leader in her community, strong student, devoted mother. Her husband tearfully described her as "the and
of the family and himself as her "proud husband."

"I stand before you in front of family and friends a broken man, and a shell of my former self," he told the j
"I love Kristie with all my heart."

He said the couple, high school sweethearts, would "spend the rest of our lives righting this situation," wh
he described as paralyzing. He pledged to be truthful to their children as they get older "so they will learn
our mistakes."

"The situation has brought us to our knees spiritually and financially," he said.

Kristie Masucci said her involvement in the scheme was a result of bad decisions, a desire to help her fam
regain its financial footing after losing their home in Hurricane Sandy.

"My conduct in this matter is frankly the complete opposite of who I am," she said. "Worst of all, I have pu
family in harm's way."

As the judge read the sentence, Michael Masucci covered his face with his hands in the second row of the
courtroom as his wife and other relatives sobbed. The judge said she must report to a federal prison — the
closest is in Danbury, Conn. — after Jan. 1, 2020, at a date to be determined.

Posted: August 20, 2019 - 5:16 PM

 **Amy S. Rosenberg** | **@amysrosenberg** | **arosenberg@inquirer.com**

---

💬    **Close Comments**

---

**Community Guidelines**

NEWEST    MOST LIKED ∨                                          FOLLOW ⊘    **3 COMMENTS**

**tom** ✎ updated 8 months ago

Well, at least the husband can wash his hands of this. By law, because she was sentenced to two years imprisonment he can file for divorce without any recourse by the spouse. Take the kids, which he will have custody of, and start over. Otherwise, he will work the rest of his life paying back 1.8M in restitution and 338K in forfeiture. To the husband: get a good attorney and run, while you can!

︿ 2    ﹀ 1    ↩    ⋯

**carlos dangerously**    🕐 8 months ago

Perhaps she was sobbing with joy at no longer owning a boat.

︿ 3    ﹀ 0    ↩    ⋯

**incoherent babbling**    🕐 8 months ago

For crying out loud...stop with the tears and "explanations" for your GREED MS. Masucci. You stole...STOLE a lot of money and recruited others so you could steal even more money. Enough with the tears...you're a criminal, take your punishment.

︿ 7    ﹀ 0    ↩    ⋯

Powered by **viafoura**

# We Recommend

**Philly area stay-at-home order extended; PHL to require masks for passengers and employees; Pa. never fully implemented plan to protect nursing homes**
Laura McCrystal

**Wolf releases list of Pa. businesses given exemptions to remain open during coronavirus shutdown; Miss America competiti postponed**
Joseph A. Gambardello, Oona Goodin-Smith, Erin McCarthy, Ellie Rushing and Ellie Silverman

**NYC was locking down. A Fox News host headed for her home at the Jersey Shore. She stayed.**
Amy S. Rosenberg

**As Philly region's stay-at-home order continues, death rate trends down in Philadelphia and N.J. hopes to open beaches I Memorial Day**
Justine McDaniel, Erin McCarthy and Ellie Silverman

**How Pa. and N.J. theme parks are preparing to eventually reopen**
Erin McCarthy

**'Running out of time': Pa. group homes for intellectually disabled warn of financial ruin**
Harold Brubaker

https://www.inquirer.com/news/new-jersey/shore-prescription-drug-scheme-fraud-sentence-kristie-masucci-20190820.html
© 2020 The Philadelphia Inquirer, LLC

**D204**

https://www.pressofatlanticcity.com/news/crime/2-doctors-3-associates-charged-in-ongoing-health-benefits-fraud-case/article_f34d0ac8-5d3e-5369-a08a-b55f4893f09a.html

# 2 doctors, 3 associates charged in ongoing health benefits fraud case

CLAIRE LOWE Staff Writer
Oct 4, 2019



ZAPPALA

Press archives



Mitchell H. Cohen Building and U.S. Courthouse in Camden

Press archives

Five more people were implicated Thursday in a yearslong federal investigation into a multistate scheme to defraud New Jersey's health benefit system for state employees that has seen the arrest of several local residents.

The latest charges implicate a second out-of-state compounding pharmacy located in Pennsylvania, as well as previously charged co-conspirators, for defrauding the New Jersey state health benefits programs and other insurers of $4.5 million by submitting fraudulent claims for medically unnecessary compounded prescriptions.



Residents charged in ongoing fraud case were hiding in plain sight

The defendants charged in a 33-count indictment with conspiracy to commit health care fraud and wire fraud are laboratory sales representative Steven Monaco, 37, of Sewell, who founded and operated SMJ Consultants LLC; Dr. Daniel Oswari, 48, of Bordentown, who

operated a practice in Trenton; Dr. Michael Goldis, 63, of Mount Laurel, who operated a practice in Stratford; and Aaron Jones, 25, of Willingboro, who worked as a medical assistant for Goldis.

Monaco, Oswari and Goldis also were each charged with individual acts of health care fraud and wire fraud, and Jones was charged with 10 false statement counts. Monaco and Oswari were charged with a conspiracy involving kickbacks for referrals for laboratory work.

All four pleaded not guilty Thursday and were released on $100,000 bail. Oswari and Goldis were ordered to report the charges to the state Medical Board, a U.S. Attorney's Office spokesman said.

The federal charges also named previously charged Richard Zappala, a pharmaceutical representative from Northfield who pleaded guilty in 2017 to fraud totaling $4.3 million, becoming the ninth person charged in the federal investigation. Zappala is named as a co-conspirator but not as a defendant in these latest charges. His sentencing is set for Nov. 13.

Thursday was the second day in a row the case was before a federal judge in Camden. On Wednesday, Jason Chacker, 36, of Feasterville, Pennsylvania, a physician's assistant who practiced in Mercer County, pleaded guilty before Judge Robert Kugler to conspiracy to commit health care fraud in the scheme involving compounded medications.



Northfield pharmaceutical rep admits role in massive health benefits fraud

The fraud deals with prescriptions for medically unnecessary compounded medications, which are medications mixed specially by a pharmacist to meet the specific needs of a patient. These types of medications often are very costly, resulting in compounding pharmacies receiving large reimbursements from insurance carriers, in this case thousands of dollars for a one-month supply. In this alleged fraud, the conspirators would receive kickbacks from the compounding pharmacies for having the prescriptions filled. Those kick-backs would then be distributed among the other co-conspirators, including the doctors, pharmaceutical representatives and state employees.



TOP ARTICLES    1/3

Are the games with the most complex strategy
the best games?                                            »

---

It is alleged in this case that from January 2014 through April 2016, the
conspirators recruited individuals in New Jersey to obtain the
medications from a Louisiana pharmacy and a Pennsylvania pharmacy
for certain compound medication prescriptions, including pain, scar,
antifungal and libido creams, as well as vitamin combinations.

D210

The scheme targeted state employees, including teachers, firefighters, municipal police officers and state troopers, due to the generous benefits they receive through the state health benefits system.

Through the state plan, a "Pharmacy Benefits Administrator" would pay prescription drug claims and then bill the state or the other insurance plans for the amounts paid.

The charges state that Zappala worked with Monaco and other conspirators to find people who would agree to receive prescriptions for compounded medications. Monaco allegedly paid kickbacks to Oswari and another medical professional to reward them for signing prescriptions, and Zappala paid Goldis for signing prescriptions. Jones, who was a medical assistant in Goldis' office, also forged Goldis' signature on other prescriptions.

The indictment also charges Monaco, who worked for a blood and urine testing lab, and Oswari with a second conspiracy in which Monaco allegedly caused Oswari to receive kickbacks for referring laboratory work and signing prescriptions.

On Wednesday, Chacker admitted that at the request of a conspirator, he signed prescriptions for individuals without ever meeting or evaluating them. He also paid one individual to receive compounded medications. Chacker received $3,200 and other valuable items from a conspirator for his role. The Pharmacy Benefits Administrator paid $365,454 for prescriptions fraudulently obtained by Chacker and his conspirators.

Chacker faces 10 years in prison and a $250,000 fine. His sentencing is scheduled for Feb. 5.

The only other medical professional formally charged in this case is Margate-based Dr. John Gaffney, who pleaded guilty to conspiracy to commit health-benefits fraud before Kugler in 2017.

# A timeline of prescription fraud in South Jersey





D212

Contact: 609-272-7251

CLowe@pressofac.com

Twitter @clairelowe



Seven plead not guilty in prescription fraud case

D213



Attorneys in pharmaceutical fraud case request more time to analyze 500K documents



D214

Attorneys in prescription fraud case get more time to review evidence



License revoked for former Pleasantville teacher involved in health care fraud



Kauffman 'crime spree' lives on through local health benefits fraud case



Atlantic City, Pleasantville come together to honor slain youth football coach



Mays Landing motorcyclist seriously injured in Black Horse Pike crash



Second teacher in state health benefits fraud case loses license

D218



Firefighters who admitted to health benefits fraud have withdrawn pension contributions



Sentencings delayed again in prescription fraud case

2 doctors, 3 associates charged in ongoing health benefits fraud case | Crime | pressofatlanticcity.com



Trial date set for prescription fraud case

## Claire Lowe

Staff Writer

I began covering South Jersey in 2008 after graduating from Rowan University with a degree in journalism. I joined The Press in 2015. In 2013, I was awarded a NJPA award for feature writing as a reporter for The Current of Hamilton Township.

D221

Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 222 of 371 PageID: 790

**D222**

https://www.pressofatlanticcity.com/news/crime/firefighters-who-admitted-to-health-benefits-fraud-have-withdrawn-pension-contributions/article_34387e2c-a28b-59c7-9d4f-4ded9abbfe1a.html

# Firefighters who admitted to health benefits fraud have withdrawn pension contributions

CLAIRE LOWE Staff Writer

Oct 28, 2019

D223



U.S. District Court in Camden

Press archives

Four local firefighters who pleaded guilty in the federal investigation into state health benefits fraud have withdrawn their pension contributions, state records show.

Ventnor's Corey and Edward Sutor, Margate's Michael Sher and Atlantic City's Michael Pepper have all withdrawn the contributions they made to the Police and Firefighters Retirement System, a spokesman from the state Department of Treasury confirmed.

Who's been charged in prescription fraud case?

D224

The withdrawals mean the PFRS Board of Trustees, which typically decides whether a member must forfeit any portion of their pension due to a criminal conviction, would not review their cases, the spokesman said.

The former firefighters, who all resigned from their public employment upon pleading guilty in the past two years, face up to 10 years in prison for their roles in the multimillion-dollar prescription kickback scheme that took advantage of generous state-provided health benefits. Although the first charges were brought more than two years ago, and only one of the 25 who pleaded guilty has been sentenced, public interest in the fate of the public employees' pensions remains high.

"I think there is a sensitivity about public employees because, to many people, they see public employees have a better salary and benefit package than they do," said Marc Pfeiffer, assistant director of the Bloustein Local Government Research Center at Rutgers University, adding it's much different than 20 or 30 years ago. "Now, they're seeing the benefits that public employees get are abused, and those members of the public are the ones paying for the benefits. They're taking it personally that those employees stole from them."



Second teacher in state health benefits fraud case loses license

Pfeiffer said anger about the fraud is not limited to those who work in the private sector: Even current public employees who get similar benefits would be really mad about this type of crime.

"It hurts the public sector because they don't have the confidences of the people who are paying the bills," Pfeiffer said. "The aggressive approach that the prosecutors take is very appropriate and welcome."

Public employee pensions are funded in part by a contribution by the employee and, a larger share, by state taxpayers. According to a Treasury fact sheet on pensions, "New Jersey law stipulates that the receipt of

retirement benefits is expressly conditioned upon the rendering of honorable service by the member."


□ +2

2 doctors, 3 associates charged in ongoing health benefits fraud case

The fact sheet says a member may be subject to a reduction or forfeiture of benefits "if suspension, dismissal or termination of employment is due to misconduct, or if convicted of a crime that is in any way related to his or her employment or involves a crime of moral turpitude."

The remaining public employees who have pleaded guilty to the fraud — Pleasantville teacher Richard "Erick" McAllister, Pleasantville guidance counselor Michael Pilate, Middle Township teacher Shawn Sypherd and

D227

Ocean City custodian James Wildman — have not filed for retirement and there would be no board review until the member does so, the Treasury spokesman said.

Both McAllister and Sypherd have been ordered to forfeit their teaching licenses by the state Board of Examiners.

### Island towns moving on as case lingers

Rumors about the fraud scheme circulated for weeks before the first charges were announced. In July 2017, Margate Mayor Mike Becker found himself in the spotlight when an NBC10 report revealed the city had been federally subpoenaed for employee benefit information, and that prescription drug payouts in the city ballooned from $713,935 in 2014 to $3.351 million in 2015.

D228



Attorneys in pharmaceutical fraud case request more time to analyze 500K documents

Some speculated more than 200 public employees would be arrested in the scheme, and investigations by reporters revealed the government had also subpoenaed Ventnor, Atlantic City, the Margate School District and Mainland Regional High School.

Becker said interest in the case remains high on Absecon Island, but most people are simply waiting for a resolution.

"The conversation seems to be when's this thing going to end, why is it taking so long?" Becker said.

D229

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 230 of 371 PageID: 798

Ventnor Mayor Beth Holtzman said residents' speculation has died down since the charges were first brought.



Stafford Township woman first sentenced in prescription fraud case

"Once in a while somebody might say something, but I think when it first came out, it was like a shock wave," Holtzman said.

She said the employees in question are no longer receiving salaries or health benefits from the city, so the last remaining concern is the outcome of the pensions.

D230

"People are looking at them as public servants, so you've got to remember that their pay is taxpayer money, their health benefits is taxpayer money, as well as the pension — they contribute their portion and then the match is coming from the city, aka taxpayers," Holtzman said.

She said she tells residents who ask that she is privy to the same level of information as the rest of the public in the federal investigation, and that the city does not control the pension payouts. It's up to the state pension boards and judges to make determinations in those matters.

Holtzman said that since the fraud was revealed, Ventnor began to look at its prescription payouts through a report available from the state every two years.

"You would see that there was a spike in benefits, so instead of somebody's prescription benefits costing $100, all the sudden it's costing $100,000, and that would be a major red flag," she said.

She said other than monitoring benefits, there is not much else the city can do, and added both Ventnor firefighters have reached out to her to apologize for their crimes.

"It's disheartening, but it is what it is, and you can't turn the clock back," Holtzman said.

# A timeline of prescription fraud in South Jersey







City offi… Farmer Atl… Northfield … Galloway …          Prosecut…

Atlantic pr… Margate Pharm… Federal co…          Pleas…

Atlantic C… Two Buena Questions …

Guilty plea… State Heal…          Galloway …

April    May    June    July    Aug.    Sept.    Oct.    Nov.    Dec.    Feb.    Marc

Timeline JS                                                    2018

Contact: 609-272-7251

CLowe@pressofac.com

Twitter @clairelowe



Stick-wielding suspect arrested on robbery charges, police say



Atlantic City man arrested in Ocean County with heroin, crack cocaine



Cape May County officials investigate condo fire in Stone Harbor

5/9/2020    Firefighters who admitted to health benefits fraud have withdrawn pension contributions - Crime | pressofatlanticcity.com

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 236 of 371 PageID: 804



Ventnor considers redevelopment plan for shopping center

## Claire Lowe

Staff Writer

I began covering South Jersey in 2008 after graduating from Rowan University with a degree in journalism. I joined The Press in 2015. In 2013, I was awarded a NJPA award for feature writing as a reporter for The Current of Hamilton Township.

5/9/2020
Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 238 of 371 PageID: 806
Sentencings delayed again in prescription fraud case | Crime | pressofatlanticcity.com

https://www.pressofatlanticcity.com/news/crime/sentencings-delayed-again-in-prescription-fraud-case/article_2d9c1a03-c65c-5e53-9a64-a3e083a0e553.html

# Sentencings delayed again in prescription fraud case

MOLLY BILINSKI Staff Writer
Nov 15, 2019

D238



Press archives

CAMDEN — Sentencings have been postponed again for the more than two dozen people who have pleaded guilty as part of a more than $50 million health care benefits fraud scheme.

Originally scheduled for Wednesday and Thursday, the sentencings were moved to March 11 and 12 in federal court before Judge Robert B. Kugler, court records show.

The case is centered on a massive prescription fraud scheme between January 2015 and April 2016 that involved the recruitment of public employees, including teachers, firefighters and municipal police officers, to obtain medically unnecessary prescriptions, netting kickbacks for the

conspirators, court documents show. More than 30 people have been charged in the case since August 2017, with new charges announced as recently as last month and only one defendant sentenced so far.



Hate cleaning the toilet? Never scrub another toilet again with this new cleaner.

⭐ BuyBowlSparkle.com     Open



Sentencings delayed again in prescription fraud case | Crime | pressofatlanticcity.com

Stafford Township woman first sentenced in prescription fraud case

In August, Kristie Masucci, 37, of the Cedar Run section of Stafford Township, became the first person to be sentenced in the case. Masucci received two years in federal prison with three years' probation, and was ordered to pay about $1.8 million in restitution.

A status conference is scheduled for Nov. 26 for the group of seven South Jersey co-defendants who have pleaded not guilty in the case, including Northfield residents William and Sara Hickman, who prosecutors allege were major figures in the pyramid of fraud.



Residents charged in ongoing fraud case were hiding in plain sight

William Hickman, 42, a pharmaceutical sales representative, wife Sara Hickman, 42, a former charter school teacher, and five others are charged with conspiracy to commit health care and wire fraud. Conviction of

D241

those charges carries a maximum of 20 years in prison.

In addition to the Hickmans, those who have pleaded not guilty include Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter; Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC; Thomas Schallus, 42, a Ventnor police officer; and brothers Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate, both Margate firefighters.

At a status conference in September, attorneys for the co-defendants were granted a second, 90-day continuance to review evidence in the case, which includes about 500,000 documents.

D242



Attorneys in pharmaceutical fraud case request more time to analyze 500K documents

Last month, five more people were charged in the multistate scheme, four pleading not guilty.

Jason Chacker, 36, of Feasterville, Pennsylvania, a physician's assistant who practiced in Mercer County, pleaded guilty to conspiracy to commit health care fraud. His sentencing is scheduled for 9:30 a.m. Feb. 5.



2 doctors, 3 associates charged in ongoing health benefits fraud case

Others yet to be sentenced include former Atlantic City firefighter Michael Pepper; Dr. John Gaffney; pharmaceutical broker Steve Urbanski; pharmaceutical representatives Matthew Tedesco, Thomas Hodnett, Judd Holt, Richard Zappala, Michael Neopolitan, Andrew Gerstel and George Gavras; and Robert Bessey, a gym floor installer from Philadelphia. They are scheduled for sentencing March 11.

Scheduled for sentencing March 12 are Pleasantville High School teacher Richard "Erick" McAllister, commercial construction estimator Timothy Frazier; industrial salesman William Hunter; Pleasantville guidance counselor Michael Pilate; Middle Township teacher Shawn Sypherd;

D244

Nicholas Tedesco, a retail director for a candy company; Michael J. Sher, a retired Margate firefighter; pharmaceutical representative Tara LaMonaca; Robert Madonna, a former Margate mortgage consultant; Ventnor firefighters Edward and Corey Sutor; and Ocean City school maintenance worker James Wildman.

⤢ Who's been charged in prescription fraud case?

Contact: 609-272-7241

mbilinski@pressofac.com

Twitter @ACPressMollyB

**D245**



Attorneys in prescription fraud case get more time to review evidence



Another former Ventnor firefighter admits role in state health benefits fraud

5/9/2020
Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 248 of 371 PageID: 816
Sentencings delayed again in prescription fraud case | Crime | pressofatlanticcity.com



Judge rules Sher brothers can meet without lawyer in prescription fraud case



Kauffman 'crime spree' lives on through local health benefits fraud case



How the $50M health benefits fraud scheme punishes consumers



Headliners announced for Atlantic City Beer and Music Festival



Pleasantville teacher accused of sex with student pleads not guilty



Gunshots clear Pleasantville-Camden football game, at least 2 hurt



Pleasantville-Camden game to finish Wednesday after shooting hurts 3



Court date for prescription fraud case postponed



Prescription fraud case defendants to appear in U.S. District Court



Trial date set for prescription fraud case

Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 256 of 371 PageID: 824



Northfield pharmaceutical rep admits to health care fraud



Atlantic City man found guilty of more than $2.5 million tax scheme



Sentencings postponed again in prescription fraud case



Case 1:19-cr-00191-RBK   Document 115-2   Filed 05/12/20   Page 259 of 371 PageID: 827

Prescription fraud case hearing held virtually amid COVID-19; next date set



Status conference in prescription fraud case held via telephone last week

## Molly Bilinski
Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

Sentencings delayed again in prescription fraud case | Crime | pressofatlanticcity.com

**D260**

# Who's been charged in prescription fraud case?

Claire Lowe, Molly Bilinski
Nov 15, 2019

An ongoing federal investigation into prescription drug fraud has led to 30 people so far from Atlantic County and nearby being charged since August 2017.

Prosecutors have said the illegal scheme centers on the billing of the state's public employee health benefits plans for medically unnecessary compounded drugs, with payouts from prescription reimbursements going to line the pockets of all participants.

Drug compounding is a process in which a pharmacist mixes ingredients to a drug customized for a specific application, concentration or ingredient. While the process is legal, it's not regulated by the U.S. Food and Drug Administration. The drug mixtures are expensive, with a tube of cream costing thousands of dollars each, and health insurance companies provide large reimbursements to pharmacies for filling these prescriptions. Recent federal prosecutions have uncovered massive abuse in similar investigations across the country.

Most of the people charged are from Atlantic County, including several public employees and pharmaceutical representatives, and one doctor. According to court documents, the scheme targeted teachers, firefighters, police officers, state troopers and other public employees due the generous coverage under the state health benefits plans.

## Kristie Masucci

Kristie Masucci, of the Cedar Run section of Stafford Township, a former pharmaceutical representative from Ocean County was sentenced in August 20, 2019, to 24 months in prison, three years probation and faces restitution of more than $1.8 million.

Masucci served as a recruiter from January 2015 through February 2016, persuading individuals in Atlantic County and elsewhere with state benefits to obtain medically unnecessary compounded medications from an out-of-state pharmacy. She admitted to receiving $388,608 for her role in the conspiracy.

D261

# Matthew Tedesco



Matthew Tedesco, of Northfield, a pharmaceutical sales representative, was the first to plead guilty to health care fraud charges in this case in August 2017. Tedesco also recruited patients to request expensive, unneeded drugs, without having seen a doctor, according to his plea.

# Robert Bessey

Robert Bessey, of Philadelphia, a gym floor installer, agreed to forfeit $485,540 and pay restitution of at least $2.7 million.

# Steve Urbanski



Steve Urbanski, a pharmacological broker, served as a recruiter in the conspiracy. As part of the plea agreement, Urbanski will forfeit more than $113,668 and pay restitution of $752,291.

D263

# Michael Pepper

Michael Pepper, of Northfield, a retired Atlantic City firefighter, pleaded guilty to conspiracy to commit health-benefits fraud. As part of the plea agreement, Pepper will forfeit $113,627 and pay restitution of $719,481.

# Thomas Hodnett

Thomas Hodnett, of Voorhees, a pharmaceutical sales representative, served as recruiter in the conspiracy. Hodnett agreed to forfeit more than $269,966 and pay restitution of $1.5 million.

# John Gaffney

**D264**



John Gaffney, of Linwood, a Margate doctor, pleaded guilty to conspiracy to commit health-benefits fraud. According to court documents, Gaffney signed more than 200 unnecessary prescriptions for teachers, police and firefighters covered under the NJ Direct insurance plan.

# Judd Holt

Judd Holt, of Marlton, a Burlington County pharmaceutical representative, pleaded guilty to separate charges of conspiracy to commit health care fraud. Holt defrauded health-insurance plans of more than $769,000 and must forfeit more than $95,000.

# George Gavras

George Gavras, of Moorestown, a Burlington County pharmaceutical representative, pleaded guilty to separate charges of conspiracy to commit health care fraud. Gavras admitted to defrauding plans of more than $679,000 and must forfeit more than $204,000.

# Richard Zappala

**D266**



Richard Zappala, of Northfield, a pharmaceutical sales representative, admitted to fraud totaling $4.3 million, which he must pay back. According to court documents, Zappala acted as a recruiter in the scheme, getting individuals to obtain expensive and medically unnecessary compounded medications from an out-of-state pharmacy from January 2015 through April 2016.

## Michael Neopolitan

Michael Neopolitan, of Willow Grove, a pharmaceutical sales representative, has admitted to defrauding New Jersey state health benefits programs and other insurers out of millions of dollars by submitting fraudulent claims for medically unnecessary prescriptions.

## Andrew Gerstel

D267

Andrew Gerstel, of Galloway Township, is a pharmaceutical representative. As part of his plea agreement, Gerstel must forfeit $184,389 in criminal proceeds he received for his role in the scheme and pay restitution of at least $483,946. He faces up to 10 years in federal prison and a $250,000 fine.

## Timothy Frazier

Timothy Frazier, of Galloway Township, a commercial construction estimator, submitted fraudulent claims for medically unnecessary prescriptions.

## Michael Pilate

Michael Pilate, of Williamstown, and a Pleasantville High School guidance counselor, was described in court as a mid-level conspirator who received $500 from a co-conspirator per prescription he filled, according to court testimony. He also recruited other people and paid them each $500 per prescription, according to court testimony. As part of Pilate's plea agreement, he must forfeit $392,684 and pay restitution of $3.49 million — the amount of fraud resulting from his participation in the scheme.

D268

# Shawn Sypherd

Shawn Sypherd, of Upper Township, a middle school teacher, admitted to conspiracy to commit fraud of the State Health Benefits Plan. Sypherd's actions resulted in more than $2.4 million in fraudulent reimbursements from the State Health Benefits Plan. He received more than $354,264 for his role as a recruiter, according to court documents.

---

# Nicholas Tedesco



Nicholas Tedesco, of Linwood, is a retail director for a local candy company. Tedesco admitted defrauding state benefits programs and other insurers out of more than $2 million by submitting fraudulent claims for medically unnecessary prescriptions, U.S. Attorney Craig Carpenito and New Jersey Attorney General Gurbir S. Grewal said.

# Michael J. Sher



Michael Sher, of Northfield, retired unexpectedly from the Margate Fire Department in May 2018. Sher became the first Margate municipal employee to sign a plea agreement in this case.

Danny Drake

# Richard Erick McAllister



Richard "Erick" McAllister, of Ocean City, teaches English at Pleasantville High School. He must forfeit $456,806 and pay restitution of at least $3.4 million for his role in the scheme, according to his plea agreement.

# William Hunter

William Hunter, an industrial equipment salesman from Sewell, must forfeit about $245,020 and pay restitution of at least $1.32 million, according to his plea agreement.

## Tara LaMonaca



Tara LaMonaca, of Linwood, a pharmaceutical representative, faces up to 10 years in federal prison and a $250,000 fine. LaMonaca must forfeit the $89,855 she received for her role in the scheme.

# Robert Madonna



Robert Madonna, formerly of Atlantic County, currently of Florida, was one of the owners of a company formed to market prescription compounded medications, according to New Jersey Attorney General Gurbir S. Grewal. From May 2015 through February 2016, Madonna and others associated with the company persuaded individuals in New Jersey to obtain expensive and medically unnecessary compounded medications, Grewal said.

# James Wildman

James Wildman, of Marmora, an Ocean City school maintenance worker, admitted serving as a recruiter in the conspiracy, persuading individuals, especially those on the state health benefits plan, to obtain medically unnecessary compounded prescriptions in exchange for money. Wildman said he received $657,040 for his role in the scheme.

# Corey Sutor

Corey Sutor, of Egg Harbor Township, a Ventnor firefighter, admitted to receiving about $150,000 for his role in the scheme. He joined the Ventnor Fire Department in 2008.

# Edward Sutor

Edward Sutor, of Linwood, a Ventnor firefighter, admitted to receiving about $335,552 for his role in the scheme. Edward Sutor stated with the department in 2013.

# William Hickman

**D275**



William Hickman, of Northfield, a pharmaceutical sales representative, was one of the alleged local ringleaders, who recruited a network of people to submit fraudulent claims for medically unnecessary prescriptions.

# Sara Hickman



Sara Hickman, of Norhtfield, created Boardwalk Medical LLC which received roughly $26 million in kickbacks for its role, some of which it distributed to others in the enterprise for their services as recruiters.

# Brian Pugh



Brian Pugh, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC., was charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud.

# Thomas Schallus



Thomas Schallus, a Ventnor police officer, was allegedly recruited by Pugh.



# Christopher Broccoli

D279

Christopher Broccoli, of West Deptford, Gloucester County, a Camden firefighter, was charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud

# Thomas Sher



Thomas Sher, of Northfield, at left. He and his brother, John Sher, 37, of Margate, not shown, both Margate firefighters, were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher pleaded guilty in the case earlier. Originally barred from meeting with his brothers without a lawyer or parent present, the bail condition was lifted by Judge Robert Kugler on March 27.

# John Sher

**D280**



John Sher, 37, of Margate, a Margate firefighter, charged with conspiracy to commit health care fraud and wire fraud and with individual acts of health care fraud and wire fraud. Originally barred from meeting with his brothers without a lawyer or parent present, the bail condition was lifted by Judge Robert Kugler on March 27. The Shers' fourth brother, Dennis, was considered a potential witness to the alleged fraud.

## Jason Chacker

Jason Chacker, 36, of Feasterville, Pennsylvania, a physician's assistant who practiced in Mercer County, pleaded guilty in October 2019 before Judge Robert Kugler to conspiracy to commit health care fraud in the scheme involving compounded medications.

D281

# Steven Monaco

Laboratory sales representative Steven Monaco, 37, of Sewell, who founded and operated SMJ Consultants LLC, pleaded not guilty in October 2019 after being charged in a 33-count indictment with conspiracy to commit health care fraud and wire fraud.

# Daniel Oswari

Dr. Daniel Oswari, 48, of Bordentown, who operated a practice in Trenton, pleaded not guilty in October 2019 after being charged in a 33-count indictment with conspiracy to commit health care fraud and wire fraud.

# Michael Goldis

Dr. Michael Goldis, 63, of Mount Laurel, who operated a practice in Stratford, pleaded not guilty in October 2019 after being charged in a 33-count indictment with conspiracy to commit health care fraud and wire fraud.

# Aaron Jones

Aaron Jones, 25, of Willingboro, who worked as a medical assistant for Goldis, pleaded not guilty in October 2019 after being charged in a 33-count indictment with conspiracy to commit health care fraud and wire fraud.

## Claire Lowe

Staff Writer

I began covering South Jersey in 2008 after graduating from Rowan University with a degree in journalism. I joined The Press in 2015. In 2013, I was awarded a NJPA award for feature writing as a reporter for The Current of Hamilton Township.

## Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

D284

https://www.pressofatlanticcity.com/news/crime/court-date-for-prescription-fraud-case-postponed/article_c1ba25a6-2079-50bd-a74a-cf50c912d90e.html

# Court date for prescription fraud case postponed

MOLLY BILINSKI Staff Writer

Nov 22, 2019

**D285**



Mitchell H. Cohen Building and U.S. Courthouse in Camden

Press archives

CAMDEN — A status conference for seven South Jersey co-defendants who have pleaded not guilty in an ongoing $50 million health benefits fraud scheme has been postponed.

Originally scheduled for Tuesday morning, the hearing has been moved to 3:30 p.m. Dec. 10, though still in front of Judge Robert B. Kugler in U.S. District Court, court records show, citing a conflict in the court calendar.

D286

Those scheduled to appear include William Hickman, 42, a pharmaceutical sales representative, and his wife, Sara, a former teacher.



Seniors are using new device that helps relieve back pain by fixing bad posture.

ShopTrueFit.com          Open



Sentencings delayed again in prescription fraud case

Prosecutors allege the Hickmans were major figures in a local criminal organization, cheating taxpayer-funded public workers' health insurance programs through a massive prescription fraud scheme that ran between January 2015 and April 2016. Public employees, including teachers, firefighters and municipal police officers, were recruited to obtain medically unnecessary prescriptions, netting kickbacks for the conspirators, court documents show.

More than 30 people have been charged in the case since August 2017, with new charges announced as recently as last month and only one defendant sentenced so far.

Status conferences for the defendants who have pleaded not guilty have so far focused on the exchange of evidence, which includes about 28 gigabytes of data with more than 110,000 documents and more than 500,000 pages.

**D288**



Second teacher in state health benefits fraud case loses license

Five others scheduled to appear are:

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC

Thomas Schallus, 42, a Ventnor police officer, who was allegedly recruited by Pugh

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter

D289

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men are Margate firefighters and were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher has already pleaded guilty in the case.

Contact: 609-272-7241

mbilinski@pressofac.com

Twitter @ACPressMollyB

**D290**

Attorneys in pharmaceutical fraud case request more time to analyze 500K documents

D291

Morris County man pleads guilty to pharmaceutical fraud

Attorneys in prescription fraud case get more time to review evidence

Prescription fraud case defendants to appear in U.S. District Court

License revoked for former Pleasantville teacher involved in health care fraud

**D294**

Another former Ventnor firefighter admits role in state health benefits fraud

Residents charged in ongoing fraud case were hiding in plain sight

Alleged health benefits fraud ringleaders ordered to post bond

Kauffman 'crime spree' lives on through local health benefits fraud case

**D298**

Alleged health benefits fraud ringleader can go to Disney, judge rules

📷 +3

Accused health care fraud ringleaders ask judge to lift travel ban for Disney trip

Who's been charged in prescription fraud case?
↗ Aug 20, 2019

**D300**



📷 +3

Social media threat puts area schools on alert

Absecon police arrest two found in stolen car after chase

D302

Prescription fraud case defendants to appear in U.S. District Court

**D303**

Northfield nixes vote on shared court services with EHT, partners with Linwood

Northfield pharmaceutical rep admits to health care fraud

D305



Status conference in prescription fraud case held via telephone last week

Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

D306

D307

https://www.pressofatlanticcity.com/news/crime/attorneys-in-pharmaceutical-fraud-case-request-more-time-to-analyze-500k-documents/article_9c9145cf-966f-59ad-828b-84f96a6fd859.html

# Attorneys in pharmaceutical fraud case request more time to analyze 500K documents

COLT SHAW Staff Writer
Sep 25, 2019



Press archives

D308

CAMDEN — For the second time, attorneys in the ongoing pharmaceutical fraud case have asked for more time to work through piles of documentation.

About 30 people have been charged in the case, with more than 20 pleading guilty so far.

Attorneys for seven defendants, including alleged ringleaders William and Sara Hickman, of Northfield, asked District Judge Robert Kugler to put off scheduling the start of a trial at a status conference Tuesday afternoon.

The defendants, charged in a roughly $50 million scheme prosecutors say involved billing the state's public employee health benefits plans for medically unnecessary compounded medication and receiving kickbacks from an out-of-state pharmacy, were not in the courtroom.

D309



Prescription fraud case defendants to appear in U.S. District Court

Their attorneys said they have received about 500,000 pages of documents in the process of discovery that they still need to sift through. Some doctors' illegible handwriting has slowed the process, said Samuel Moulthrop, who is representing William Hickman. About 150 health care providers wrote prescriptions related to the case, said Moulthrop, though he doesn't believe all are implicated.

The attorneys asked that the court wait 90 days before scheduling the trial, preferably waiting until mid-January to avoid conflicts with the holiday season.

"We're a long way from plowing through them," Moulthrop said.



Attorneys in prescription fraud case get more time to review evidence

Kugler agreed that analyzing mountains of documents is a "daunting task" but added the court has "been at this for some time." He scheduled the next status conference for Nov. 26 and said he would like to discuss any potential motions so they can be filed before the end of the year.

D311

Case 1:19-cr-00191-RBK Document 15-2 Filed 05/12/20 Page 312 of 371 PageID: 880

Kugler's decision Tuesday follows a 90-day continuance in June for the same reason, with attorneys arguing then that they needed more time to wrap their heads around large amounts of documents.

Assistant U.S. Attorney R. David Walk Jr., said his team's evidence also includes about 550,000 pages of documents, representing about 250 interview memos and 120 gigabytes of data, but said the prosecution would like to "get to the point."

Another former Ventnor firefighter admits role in state health benefits fraud

Represented in court Tuesday alongside William Hickman, 43, a pharmaceutical sales representative, and Sara Hickman, 42, a former charter school representative, were the following:

Thomas Schallus, 42, a Ventnor police officer

Brian Pugh, 42, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate, both Margate firefighters

In August, Kristie Masucci, 37, of the Cedar Run section of Stafford Township, became the first person to be sentenced in the case. Masucci received two years in federal prison and three years of probation, and must pay about $1.8 million in restitution.

D313

Contact: 609-272-7260

cshaw@pressofac.com

Twitter @ACPressColtShaw



Residents charged in ongoing fraud case were hiding in plain sight



Judge rules Sher brothers can meet without lawyer in prescription fraud case



Atlantic City police seek man wanted in shooting

D316



+2

2 doctors, 3 associates charged in ongoing health benefits fraud case

Case 1:19-cv-00191-RBK Document 145-2 Filed 05/12/20 Page 318 of 371 PageID: 886



Gunshots fired in neighborhood near Holy Spirit High School in Absecon

5/9/2020　Case 1:19-cv-00191-RBK　Document 14-2　Filed 05/12/20　Page 313 of 371 PageID: 887

Attorneys in pharmaceutical fraud case request more time to analyze | $200K fraud deal | Crime | pressofatlanticcity.com

Firefighters who admitted to health benefits fraud have withdrawn pension contributions

Sentencings delayed again in prescription fraud case

Court date for prescription fraud case postponed

Attorneys in pharmaceutical fraud case request more time to analyze 400K pages of evidence | Crime | pressofatlanticcity.com



Prescription fraud case defendants to appear in U.S. District Court

Trial date set for prescription fraud case

Prescription fraud case hearing held virtually amid COVID-19; next date set

Status conference in prescription fraud case held via telephone last week



D326

https://www.pressofatlanticcity.com/news/crime/trial-date-set-for-prescription-fraud-case/article_26d9892f-da9f-5b35-96f9-a5b4a20fbddd.html

# Trial date set for prescription fraud case

MOLLY BILINSKI Staff Writer
Dec 11, 2019

Trial date set for prescription fraud case | Courts | pressofatlanticcity.com



Press archives

CAMDEN — A trial date has been set for the seven South Jersey co-defendants who have pleaded not guilty in an ongoing $50 million health benefits fraud scheme.

The trial, which could last eight to 10 weeks and require up to a 400-person jury pool, is scheduled to begin Sept. 21 before Judge Robert B. Kugler in U.S. District Court.

"We need to treat this as a full-time job and get it done," Kugler said, explaining the multiweek process to seat a jury, and offered to schedule the trial for four days a week from 9 a.m. to 2 p.m. without a lunch break. "Trials this long exact a toll on people; there's no question about it."



You will never have to scrub a toilet again if you try this new toilet cleaner.

⭐ BuyBowlSparkle.com                    Open



Sentencings delayed again in prescription fraud case

Scheduling for the case, which includes jury selection beginning Aug. 24, was worked out during a status conference Tuesday afternoon, where attorneys for the seven co-defendants appeared without their clients.

Trial date set for prescription fraud case | Courts | pressofatlanticcity.com

⬚ Who's been charged in prescription fraud case?

None of the attorneys, or Assistant U.S. Attorney R. David Walk Jr., who represents the government in the case, objected to the scheduling.

Those charged include Northfield residents William Hickman, 42, a pharmaceutical sales representative, and his wife, Sara, 42 a former teacher, who prosecutors allege were major figures in a local criminal organization, cheating taxpayer-funded public workers' health insurance programs in a massive prescription fraud scheme that ran from January 2015 to April 2016. Public employees, including teachers, firefighters and municipal police officers, were recruited to obtain medically unnecessary prescriptions, netting kickbacks for the conspirators, court documents show.

D330

Case 1:19-cr-00191-RBK    Document 115-2   Filed 05/12/20   Page 331 of 371 PageID: 899



2 doctors, 3 associates charged in ongoing health benefits fraud case

More than 30 people have been charged in the case since August 2017.

Five others who have pleaded not guilty include:

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC

Thomas Schallus, 42, a Ventnor police officer, who was allegedly recruited by Pugh

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men are Margate firefighters and were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher has already pleaded guilty in the case.

Also during the conference, Walk and the attorneys talked about the ongoing exchange of evidence. So far, status conferences have been continued twice to allow attorneys more time to go over data.

Last month, Walk gave the defense an additional 12 gigabytes of data, he said. That's on top of the 28 gigabytes of data with more than 110,000 documents and more than 500,000 pages that have already been exchanged.

The next status conference was scheduled for 3 p.m. March 25 to go over jury questionnaires, as well as details of the preliminary jury charge.

5/9/2020

Data set for prescription fraud case | Courts | pressofatlanticcity.com

# A timeline of prescription fraud in South Jersey





Trial date set for prescription fraud case | Courts | pressofatlanticcity.com

Contact: 609-272-7241

mbilinski@pressofac.com

Twitter @ACPressMollyB



Attorneys in pharmaceutical fraud case request more time to analyze 500K
documents

**D334**

Stafford Township woman first sentenced in prescription fraud case

Case 1:19-cr-00191-RBK     Document 115-2    Filed 05/12/20    Page 336 of 371 PageID: 904



Morris County man pleads guilty to pharmaceutical fraud

**D336**

Trial date set for prescription fraud case | Courts | pressofatlanticcity.com

Attorneys in prescription fraud case get more time to review evidence

Another former Ventnor firefighter admits role in state health benefits fraud

Residents charged in ongoing fraud case were hiding in plain sight

Trial date set for prescription fraud case | Local | pressofatlanticcity.com



Judge rules Sher brothers can meet without lawyer in prescription fraud case

Trial date set for prescription fraud case | Crime | pressofatlanticcity.com

Vineland woman dies after Sunday crash

Dennis Township residents lost power Wednesday morning due to fallen tree branch

**D342**

Trial date set for prescription-fraud case | Crime | pressofatlanticcity.com



2 Buena residents arrested after police find marijuana, fentanyl during search

Case 1:19-cr-00191-RBK    Document 115-2    Filed 05/12/20    Page 344 of 371 PageID: 912

Northfield nixes vote on shared court services with EHT, partners with Linwood

Van Drew, other Dems vote to let Medicare negotiate drug prices

Northfield pharmaceutical rep admits to health care fraud

**D345**

Sentencings postponed again in prescription fraud case

5/9/2020 Case 1:19-cr-00191-RBK Document 115-2 Filed 05/12/20 Page 347 of 371 PageID: 915

Prescription fraud case hearing held virtually amid COVID-19; next date set



Status conference in prescription fraud case held via telephone last week

---

## Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

**D348**

Trial date set for prescription fraud case | Courts | pressofatlanticcity.com

**D349**

https://www.pressofatlanticcity.com/news/crime/status-conference-in-prescription-fraud-case-held-via-telephone-last-week/article_bfbfd400-ed77-581b-b604-1c312b384bfa.html

TOP STORY

# Status conference in prescription fraud case held via telephone last week

MOLLY BILINSKI Staff Writer
Apr 28, 2020



In this combination of two photos, William and Sara Hickman are escorted out of the FBI office in Northfield on March 15, 2019, after being charged with participating in the ongoing health benefits fraud scheme.

Press archives

D350

Case 1:19-cr-00391-RBK   Document 115-2   Filed 05/12/20   Page 351 of 371 PageID: 919

CAMDEN — A status conference for the seven South Jersey co-defendants who have pleaded not guilty in an ongoing $50 million health benefits fraud scheme was held via telephone last week.

Attorneys for Northfield residents William Hickman, 42, a pharmaceutical sales representative, his wife, Sara, 42, a former teacher, and five others participated in a status conference via phone Friday, court records show.

Judiciary officials in March entered an order allowing some court hearings to be conducted virtually due to the spread of COVID-19.



Ad

Seniors are using new device that helps relieve back pain by fixing bad posture.

ShopTrueFit.com     Open

Court records show a 10-minute telephonic status conference was held, but did not include details of the proceedings.

D351



Prescription fraud case hearing held virtually amid COVID-19; next date set

There is no date scheduled for the next hearing, according to court records, but the trial is slated to begin Sept. 21 before Judge Robert B. Kugler in U.S. District Court, with jury selection beginning Aug. 24.

Prosecutors say the Hickmans were major figures in a local criminal organization, cheating taxpayer-funded public workers' health insurance programs in a massive prescription fraud scheme that ran from January 2015 to April 2016. Public employees, including teachers, firefighters and municipal police officers, were recruited to obtain medically unnecessary prescriptions, netting kickbacks for the conspirators, court documents show.

D352



Trial date set for prescription fraud case



Pregnant? Don't know what to do?

Adoption is not "giving up". Learn more about all
your choices.

Sponsored by
Bethany

TOP ARTICLES    1/3



Are the games with the most complex strategy the best games?

READ MORE »

Five others who have pleaded not guilty are:

Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC

Thomas Schallus, 42, a Ventnor police officer who was allegedly recruited by Pugh

Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter

Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men are Margate firefighters and were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher has pleaded guilty in the case.

Assistant U.S. Attorney R. David Walk Jr. represents the state in the case.

D354

Sentencings for the more than two dozen people who have pleaded guilty to their roles in the scheme have been scheduled for June before Kugler, court records show.

Who's been charged in prescription fraud case?



**Ad**

You will never have to scrub a toilet again if you try this new toilet cleaner.

⭐ BuyBowlSparkle.com          **Open**

Contact: 609-272-7241

mbilinski@pressofac.com

Twitter @ACPressMollyB

**D355**



Sentencings postponed again in prescription fraud case

D356



Prescription fraud case defendants to appear in U.S. District Court



Court date for prescription fraud case postponed



Sentencings delayed again in prescription fraud case



Second teacher in state health benefits fraud case loses license

D360



Attorneys in pharmaceutical fraud case request more time to analyze 500K documents



9 charged with burglary, violating COVID-19 mandate in Atlantic City

**D362**



LIVE UPDATES: Gov. Murphy to reopen state parks Saturday



Margate police investigate after pair allegedly broke window, vandalized car

**D364**



Cumberland County freeholder calls for reforms to jail, hazard pay for officers

D365



Atlantic City police, firefighters save ducklings from sewage drain

---

## Molly Bilinski

Staff Writer

My beat is public safety, following police and crime. I started in January 2018 here at the Press covering Egg Harbor and Galloway townships. Before that, I worked at the Reading Eagle in Reading, Pa., covering crime and writing obituaries.

# THE PRESS
## OF ATLANTIC CITY



### Mainland's Aquaman

Dennis Lacey is The Press' Boys Swimmer of the Year. Again. **B1**

**CHRISTCHURCH MOSQUE ATTACK**
The aftermath of how many sick people the attack in the world's Palestinian leader was one of the meetings. **C1**



*Saturday, March 16, 2019 // Serving Atlantic, Cape May, Cumberland & southern Ocean counties // Press of Atlantic City.com // Vol. XLVIII, No. 75*
**$2.00**

# Rx FRAUD BUST

## Pharma rep, wife, more public workers charged



**WILLIAM HICKMAN, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud, and conspiracy to commit money laundering, individual acts of money laundering.



**SARA HICKMAN, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care and wire fraud, individual acts of health care fraud and wire fraud, conspiracy to commit money laundering, individual acts of money laundering.



**THOMAS SCHALLUS, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud.



**THOMAS SHER, 46, OF MARGATE**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud.



**BRIAN PUGH, 41, OF ABSECON**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud, conspiracy to commit money laundering, individual acts of money laundering.



**JOHN SHER, 37, OF MARGATE**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud.

### AN EXTRA AT RISK, COST SWAN & THE BILL FOR METH MON E

Two sharps linked to an Ocean pole collected and a co-owner of Park Station one Grill in Atlantic City were among seven arrested Friday by federal agents in an ongoing $50 million compounding medication fraud case.

The indictment stemmed to FBI agents at the Northfield office early Friday morning. The defendants left the office in handcuffs, each appearing sued by a federal agent, who drove them to U.S. District Court in Camden. Meanwhile, a BlackHorse lieutenant surrendered Friday provided the structure of the local arrest and commission of authorities allege.

### INSIDE

See an updated graphic and join the Schwartz-based link to how linked on A5

### ONLINE

Read the indictment and past stories on the fraud probe at PressofAC.com

the alleged health insurance fraud, which cost local workers' health insurance program one of more than $50 million.

The alleged health duplication, who involved a network of people to schools transition claims for specifically unnecessary prescriptions, were identified as being the indicted residents William Hickman, 42, a pharmaceuticals sales representative, and his wife, Sara, 42.

According to the indictment, the company formed by Sara Hickman, Beachwalk Medical LLC,

receive through 526 entities in Hickmans for its role, some of which it distributed at odors in the period that his firm written authorized now.

Also arrested and charged Friday's were:
• Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill & Tavern (a BP Sher ) LLC;
• Thomas Schallus, 42, a Margate police officer, who was allegedly recruited by Pugh;
• Christopher Iaccovo, 42, of Egg Harbor Township;
• John Sher, 37, of Northfield; and John Sher, 37, of Margate, do business. Margate Schallus officers were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher released

*See FRAUD, A5*

## Monell gets life in death of wife

**MOLLY BILINSKI**
Staff Writer

BRIGANTINE — Dora O'Shea Watson had a restraining order against her husband a night issued to leave him before he stabbed her dozens of times, killing her in front of their 12-year-old son, prosecutors said Friday during his sentencing.

"She was ready to start a new life away from the figure of the defendant," Assistant Prosecutor Charlette Wittreich said. "But the man in that room put ready to relinquish control, and he exercised his will over her."

*See MONELL, A3*



## EHT charter school fires 12 amid restructuring

**CLAIRE LOWE**
Staff Writer

EGG HARBOR TOWNSHIP — Twelve Pinnacle Academy Charter School's employees, including their teachers, were terminated Friday by its Board of Trustees from the offices of about 100 plus teachers, family staff and children.

Parents shut a parcel spoke during the public comment portion of the meeting and asked the board not produce a shift during the middle of the school year to address the state and public's wants state

Dawn Ashworth, 31, of Pleasantville attended the meeting with her son, whose father was a rescue teacher was one of the employees terminated. But as she soon as she was notified she was crying and asked to address the board not added the teachers during staying session.

"Since he has her cheers, her decent must no make a deal," said Ashworth, who added the teacher during staying

*See CHARTER, A4*





**$2.00**



# PRESS
## OF ATLANTIC CITY

Saturday, March 16, 2019 // Serving Atlantic, Cape May, Cumberland & southern Ocean counties // PressofAtlanticCity.com // Vol. MMXIX, No. 75

### Mainland's
## Aquaman
Destin Lasco is The Press' Boys Swimmer of the Year. Again. B1

**CHRISTCHURCH MOSQUE ATTACK**
"It's a reminder of how many sick people there are in the world," a Pleasantville imam says of the shootings. C1

$2.00

# Rx FRAUD BUST
## Pharma rep, wife, more public workers charged



**WILLIAM HICKMAN, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud, conspiracy to commit money laundering, individual acts of money laundering



**SARA HICKMAN, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud, conspiracy to commit money laundering, individual acts of money laundering



**THOMAS SCHALLUS, 42, OF NORTHFIELD**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud



**THOMAS SHER, 46, OF MARGATE**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud



**BRIAN PUGH, 41, OF ABSECON**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud, conspiracy to commit money laundering, individual acts of money laundering



**JOHN SHER, 37, OF MARGATE**
Charged with conspiracy to commit health care fraud and wire fraud, individual acts of health care fraud and wire fraud

PHOTOS BY COLT SHAW / STAFF WRITER

**AMANDA AUBLE, COLT SHAW & MICHELLE BRUNETTI POST**
Staff Writers

Two Margate firefighters, a Ventnor police officer and a co-owner of Tony's Baltimore Grill in Atlantic City were among seven arrested Friday by federal agents in an ongoing $50 million compounding medication fraud case.

The accused surrendered to FBI agents at the Northfield office early Friday morning. The defendants left the office in handcuffs, each accompanied by a federal agent, who drove them to U.S. District Court in Camden. Meanwhile, a 50-count indictment unsealed Friday revealed the structure of the local criminal organization authorities allege

**INSIDE**
See an updated graphic on how the scheme is believed to have worked on A3.

**ONLINE**
Read the indictment and past stories on the fraud probe at PressofAC.com.

cheated taxpayer-funded public workers' health insurance programs out of more than $50 million.

The alleged local ringleaders, who recruited a network of people to submit fraudulent claims for medically unnecessary prescriptions, were identified as Northfield residents William Hickman, 42, a pharmaceutical sales representative and his wife, Sara, 42.

According to the indictment, the company formed by Sara Hickman, Boardwalk Medical LLC,

received roughly $26 million in kickbacks for its role, some of which it distributed to others in the enterprise for their services as recruiters.

Also arrested and charged Friday were:
• Brian Pugh, 41, of Absecon, co-owner of Tony's Baltimore Grill and owner of BP Med 1 LLC
• Thomas Schallus, 42, a Ventnor police officer, who was allegedly recruited by Pugh
• Christopher Broccoli, 47, of West Deptford, Gloucester County, a Camden firefighter
• Thomas Sher, 46, of Northfield, and John Sher, 37, of Margate. Both men. Margate firefighters, were allegedly recruited by their brother Michael Sher, another Margate firefighter. Michael Sher pleaded

See FRAUD, A3

## Monell gets life in death of wife
MOLLY BILINSKI

## EHT charter school fires
12 amid restructuring

D368





**D370**



**D371**