## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>WILLIAM HICKMAN, *et al.*<br><br>*Defendants*. | Crim. No.: 1:19-cr-00191 (RBK)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendant Brian Pugh, by and through his attorneys, Baldassare & Mara, LLC, for the entry of an Order **(i)** dismissing the indictment, **(ii)** severing the trial proceedings as to Defendant Brian Pugh, **(iii)** furnishing Defendant Brian Pugh with a Bill of Particulars, **(iv)** transferring venue, and **(v)** disclosing the grand jury transcripts in connection with the above matter; and the Court having considered the arguments of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2020,

**ORDERED** that Defendant Brian Pugh's Motion to Dismiss Indictment No. 1:19-cr-191 is hereby granted; and

**IT IS FURTHER ORDERED** that the trial proceedings as to Defendant Brian Pugh are hereby severed; and

**IT IS FURTHER ORDERED** that the Government shall furnish Defendant Brian Pugh with a Bill of Particular; and

**IT IS FURTHER ORDERED** that venue is hereby transferred as to Defendant Brian Pugh; and

**IT IS FURTHER ORDERED** that the Government disclose the grand jury transcripts in connection with Indictment No. 1:19-cr-191.

                                                                                            _____
                                                                                            **Honorable Robert B. Kugler,**
                                                                                            **United States District Judge**