## CERTIFICATE OF SERVICE

I, Michael Baldassare, hereby certify that on June 26, 2020, I caused Defendant Brian Pugh's Reply Brief in Further Support of Pretrial Motions to be filed and served via ECF upon the following counsel:

Samuel P. Moulthrop
**RIKER, DANZIG, SCHERER, HYLAND, PERRETTI, LLP**
One Speedwell Avenue
Morristown, NJ 07962
*Counsel for William Hickman*

Lee D. Vartan
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
*Counsel for Sara Hickman*

John C. Whipple
**WHIPPLE AZZARELLO, LLC**
161 Madison Avenue, Suite 325
Morristown, NJ 07960
*Counsel for Thomas Schallus*

**JEROME A. BALLAROTTO**
143 White Horse Avenue
Trenton, NJ 08610
*Counsel for John Sher*

Joseph P. Grimes
**JOSEPH P. GRIMES, ESQUIRE, LLC**
1230 Brace Road
Cherry Hill, NJ 08034
*Counsel for Thomas Sher*

**MARK W. CATANZARO**
21 Grant Street
Mount Holly, NJ 08060
*Counsel for Christopher Broccoli*

R. David Walk, Jr., Ass't U.S. Attorney
Christina O. Hud, Ass't U.S. Attorney
United States Attorney's Office
District of New Jersey
401 Market Street
Camden, NJ 08101
*Counsel for United States*

I certify that the foregoing statement made by me is true.  I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated:       June 26, 2020                              By:     */s/ Michael Baldassare*
                                                                           Michael Baldassare