UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

May 10, 2022
DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:   ANN MARIE MITCHELL

Docket #   CR. 19-191 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
       v.

BRIAN PUGH, et al

APPEARANCES:
David Walk, AUSA, and Christina Hud, AUSA, for Govt.
Michael Baldassare, Esq., for Defendant Brian Pugh
John Whipple, Esq., for Defendant Thomas Schallus
Jerome Ballarotto, Esq., for Defendant John Sher
Joseph Grimes, Esq., for Defendant Thomas Sher
Mark Catanzaro, Esq., for Defendant Christopher Broccoli


NATURE OF PROCEEDINGS:   TELEPHONE STATUS CONFERENCE

Telephonic status conference held on the record.
Speedy Trial continuance order to be submitted.


Time commenced: 10:00AM     Time Adjourned: 10:10AM     Total Time: 0:10

                                                    s/Lawrence MacStravic
                                                    DEPUTY CLERK