UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler |
| | : | |
| v. | : | Crim. No. 19-191 (RBK) |
| | : | |
| BRIAN PUGH, et al. | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Vikas Khanna, Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515, by Desiree L. Grace, Assistant United States Attorney (desiree.grace@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

VIKAS KHANNA
Attorney for the United States,
Acting under Authority Conferred by
28 U.S.C. § 515

By: DESIREE L. GRACE
Assistant U.S. Attorney

Dated: May 31, 2022