DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>Defendant(s). | Criminal No.<br><br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

     Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant _____.

Date:　　　　　　　　　　　　　　　　　VIKAS KHANNA
　　　　　　　　　　　　　　　　　　　　Attorney for the United States

　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　Assistant U.S. Attorney