DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN PUGH<br><br>Defendant(s). | Criminal No. 1:19-cr-191 (RBK)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant BRIAN PUGH submitted sentencing materials to the Court in this case.

Date:   December 8, 2022

By:   /s/Michael Baldassare
_____
Michael Baldassare, Esq.